# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| H & L FARMS, LLC; <br> SHAUN HARRIS and AMIE HARRIS, <br><br> Plaintiffs, <br><br> v. <br><br> SILICON RANCH CORPORATION; <br> SR LUMPKIN, LLC; INFRASTRUCTURE <br> AND ENERGY ALTERNATIVES, INC.; <br> IEA CONSTRUCTORS, LLC; and, <br> WESTWOOD PROFESSIONAL <br> SERVICES, INC., <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 4:21-CV-00134-CDL |

## PLAINTIFF H&L FARMS, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 87.1 of the United States District Court for the Middle District of Georgia, H&L Farms, LLC states it has no parent company or subsidiary corporation(s). No publicly held company owns 10% of H&L Farms, LLC.

Respectfully submitted, this 6th day of August, 2021.

*/s/ James E. Butler, Jr.*
JAMES E. BUTLER, JR.
Georgia Bar No. 099625
Jim@butlerwooten.com
DANIEL E. PHILYAW

Georgia Bar No. 877765
Dan@butlerwooten.com
BUTLER WOOTEN & PEAK LLP
2719 Buford Highway
Atlanta, GA 30324
T:  (404) 321-1800 F:  (404) 321-2962

C. FREDERICK OVERBY
Georgia Bar No. 555845
Fredoverby@overbylaw.com
OVERBY LAW OFFICE, P.C.
Post Office Box 1975
Columbus, Ga 31902
T:  (706) 327-0300 F:  (706) 320-0053

C. COOPER KNOWLES
Georgia Bar No. 426699
cknowles@cckfirm.com
LAW OFFICE OF C. COOPER KNOWLES, LLC
750 Hammond Drive
Building 12, Suite 200
Sandy Springs, GA 30328
T:  (770) 668-2081

**ATTORNEYS FOR PLAINTIFFS**