IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| H & L FARMS, LLC;<br>SHAUN HARRIS and AMIE HARRIS,<br><br>Plaintiffs,<br><br>v.<br><br>SILICON RANCH CORPORATION;<br>SR LUMPKIN, LLC; INFRASTRUCTURE<br>AND ENERGY ALTERNATIVES, INC.;<br>IEA CONSTRUCTORS, LLC; and,<br>WESTWOOD PROFESSIONAL<br>SERVICES, INC.,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 4:21-CV-00134-CDL |

## PLAINTIFF H&L FARMS, LLC'S JURISDICTIONAL STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 87.2 of the United States District Court for the Middle District of Georgia, H&L Farms, LLC states that it is a domestic limited liability company incorporated in the State of Georgia and has its principal place of business in the State of Georgia. The members of H&L Farms, LLC are all residents of Georgia. No unincorporated association is a member of H&L Farms, LLC.

Respectfully submitted, this 6th day of August, 2021.

                    */s/ James E. Butler, Jr.*
                    JAMES E. BUTLER, JR.
                    Georgia Bar No. 099625
                    Jim@butlerwooten.com
                    DANIEL E. PHILYAW
                    Georgia Bar No. 877765
                    Dan@butlerwooten.com
                    BUTLER WOOTEN & PEAK LLP
                    2719 Buford Highway
                    Atlanta, GA 30324
                    T:  (404) 321-1800 F:  (404) 321-2962

                    C. FREDERICK OVERBY
                    Georgia Bar No. 555845
                    Fredoverby@overbylaw.com
                    OVERBY LAW OFFICE, P.C.
                    Post Office Box 1975
                    Columbus, Ga 31902
                    T:  (706) 327-0300 F:  (706) 320-0053

                    C. COOPER KNOWLES
                    Georgia Bar No. 426699
                    cknowles@cckfirm.com
                    LAW OFFICE OF C. COOPER KNOWLES, LLC
                    750 Hammond Drive
                    Building 12, Suite 200
                    Sandy Springs, GA 30328
                    T:  (770) 668-2081

                    **ATTORNEYS FOR PLAINTIFFS**