## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

| | | |
|---|---|---|
| H&L FARMS, LLC; | ) | |
| SHAUN HARRIS and AMIE HARRIS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | NO. 4:21-CV-00134-CDL |
| | ) | |
| SILICON RANCH CORPORATION; | ) | |
| SR LUMPKIN, LLC; INFRASTRUCTURE | ) | |
| AND ENERGY ALTERNATIVES, INC.; | ) | |
| IEA CONSTRUCTORS, LLC; and | ) | |
| WESTWOOD PROFESSIONAL | ) | |
| SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## IEA DEFENDANTS' DEFENSES AND ANSWER TO PLAINTIFF'S COMPLAINT

Defendants Infrastructure and Energy Alternatives, Inc., and IEA Constructors, LLC respectfully file their Defenses and Answer to Plaintiffs' Complaint, showing the Court as follows:

### FIRST DEFENSE

Pending additional investigation, and to preserve defenses, Defendants state that Plaintiffs' Complaint, in whole or part, may fail to state a claim upon which relief may be granted.

## SECOND DEFENSE

Defendants assert that Defendants Infrastructure and Energy Alternatives, Inc. is not a proper party to this suit.

## THIRD DEFENSE

Pending further investigation and to preserve defenses, Defendants state that the sole proximate or contributing cause of the damages alleged in Plaintiffs' Complaint were the actions, non-actions, or negligence of a person or persons other than Defendants for whose actions, non-actions, or negligence Defendant is in no way liable.

## FOURTH DEFENSE

Pending further investigation and to preserve defenses, Defendants state that they breached no duty owed to Plaintiffs.

## FIFTH DEFENSE

Pending further investigation and to preserve defenses, Defendants assert the affirmative defenses of contract, waiver, release, and estoppel.

## SIXTH DEFENSE

Pending further investigation and to preserve defenses, Defendants preserve defenses based on laches, service of process, personal jurisdiction, subject-matter jurisdiction, and venue.

**SEVENTH DEFENSE**

Pending further investigation and to preserve defenses, Defendants state that Plaintiffs have unclean hands, and are otherwise not entitled to equitable relief.

**EIGHTH DEFENSE**

Pending further investigation and to preserve defenses, Defendants show that Plaintiffs' damages stem in whole or part from the negligence and conduct of another nonparty or nonparties.

**NINTH DEFENSE**

Pending further investigation and to preserve defenses, Defendants show that Plaintiffs' damages stem in whole or part from the negligence and conduct of nonparties Kawikee Refuge, LLC and Kawikee Two, LLC.

**TENTH DEFENSE**

Defendant responds to the individual paragraphs of Plaintiff's complaint as follows:

1.

Defendants deny the allegations of this paragraph, both specifically and as pled.

2.

Defendants deny the allegations of this paragraph, both specifically and as pled.

3.

To the extent this paragraph includes factual allegations, which does not appear to be the case, Defendants deny them as pled.

4.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph.

5.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph.

6.

Defendants admit that, upon information and belief, a Silicon Ranch entity owns property on which the Lumpkin Solar Farm is located, but they lack knowledge or information sufficient to form a belief as to the remaining allegations contained in this paragraph as pled.

7.

Defendants admit that the Lumpkin Solar Farm has been designed and built to house a solar power generating facility, but they deny the remaining allegations contained in this paragraph as pled.

8.

Defendants deny the allegations of this paragraph, both specifically and as pled.

9.

Upon information and belief, the Lumpkin solar facility is being developed to provide clean energy, but they lack knowledge or information sufficient to form a belief as to the remaining allegations contained in this paragraph as pled.

10.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

11.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

12.

Upon information and belief, Defendants admit that a Silicon Ranch entity owns the property on which the Lumpkin solar facility is being developed, but they otherwise lack knowledge or information sufficient to form a belief as to the remaining allegations contained in this paragraph as pled.

13.

Upon information and belief, Defendants admit that a Silicon Ranch entity owns the Lumpkin solar facility, but they otherwise lack knowledge or information sufficient to form a belief as to the remaining allegations contained in this paragraph as pled.

14.

Upon information and belief, Defendants admit that the photo included in this paragraph appears to have been taken on the site of the Silicon Ranch property where the Lumpkin solar facility is located, but Defendants lack knowledge or information sufficient to form a belief as to the remaining allegations contained in this paragraph.

15.

Upon information and belief, Defendants admit that a Silicon Ranch entity owns the Lumpkin solar facility, but they otherwise lack knowledge or information sufficient to form a belief as to the remaining allegations contained in this paragraph as pled.

16.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

17.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph.

18.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph.

19.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph.

20.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph.

21.

Upon information and belief, Defendants deny the allegations contained in this paragraph, both specifically and as pled.

22.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph.

23.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph.

24.

Defendants admit that IEA, Inc., is a Delaware corporation headquartered in Indianapolis, Indiana, but they deny the remaining allegations contained in this paragraph as pled.

25.

Defendants deny the allegations contained in this paragraph as pled.

26.

Defendants admit that IEA Constructors is a subsidiary of IEA, Inc., but they otherwise deny the remaining allegations contained in this paragraph as pled.

27.

Defendants deny the allegations contained in this paragraph as pled.

28.

Defendants admit that IEA Constructors has performed work on the Lumpkin solar facility, and that that entity has hired workers to perform work on the Lumpkin solar facility, but they otherwise deny the remaining allegations contained in this paragraph as pled.

29.

Upon information and belief, Defendants admit that Westwood provides engineering services, but they otherwise deny the remaining allegations contained in this paragraph as pled.

30.

Defendants admit that Westwood provided engineering and design work for the Lumpkin solar facility, but they otherwise deny the remaining allegations contained in this paragraph as pled.

31.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph.

32.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph.

33.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph.

34.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph.

35.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph.

36.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph.

37.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph.

38.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph.

39.

Defendants admit that land was graded to build the Silicon Ranch solar panel facility, but they lack knowledge or information sufficient to form a belief as to the remaining allegations contained in this paragraph as pled.

40.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph.

41.

Defendants deny the allegations contained in this paragraph as pled.

42.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

43.

Defendants deny the allegations contained in this paragraph as pled.

44.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

45.

Defendants deny the allegations contained in this paragraph as pled.

46.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

47.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

48.

Defendants deny the allegations contained in this paragraph, both specifically and as pled.

49.

Defendants deny the allegations contained in this paragraph, both specifically and as pled.

50.

Defendants deny the allegations contained in this paragraph as pled.

51.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

52.

To the extent this paragraph includes factual allegations, which does not appear to be the case, Defendants deny them as pled.

53.

Defendants deny the allegations contained in this paragraph, both specifically and as pled.

54.

Defendants deny as pled the allegations contained in this paragraph relating to the settlement ponds and silt fences, but they lack knowledge or information

sufficient to form a belief as to the remaining allegations contained in this paragraph as pled.

55.

Defendants deny the allegations contained in this paragraph, both specifically and as pled.

56.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

57.

Defendants deny the allegations contained in this paragraph as pled.

58.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

59.

Defendants admit that, on May 3, 2021, there was a rain event, but they lack knowledge or information sufficient to form a belief as to the remaining allegations contained in this paragraph as pled.

60.

Defendants deny the allegations contained in this paragraph as pled.

61.

Defendants admit that, on May 4, 2021, the EPD issued a Notice of Violation to Silicon Ranch, but they otherwise deny the remaining allegations contained in this paragraph as pled.

62.

Defendants admit the allegations contained in this paragraph.

63.

Defendants admit that the EPD notice included the language cited in this paragraph (without emphasis).

64.

Defendants deny the allegations contained in this paragraph as pled.

65.

Defendants deny the allegations contained in this paragraph as pled.

66.

Defendants admit that, on May 7, 2021, IEA Constructors wrote to EPD that it had observed failures of BMPs resulting in the release of sediment to waters of the State, but they deny the remaining allegations contained in this paragraph as pled.

67.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

68.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

69.

Defendants admit that the language contained in the May 7, 2021 response to the EPD speaks for itself, but they otherwise deny the allegations contained in this paragraph as pled.

70.

Defendants admit that, on May 12, 2021, a rain event occurred involving ¾ inches of rain, but they lack knowledge or information sufficient to form a belief as to the remaining allegations contained in this paragraph as pled.

71.

Defendants admit that, on June 7, 2021, a rain event occurred, but they deny the remaining allegations contained in this paragraph as pled, including Plaintiffs' contention that the rain event that occurred that day was minor.

72.

Defendants admit the allegations contained in this paragraph.

73.

Defendants deny the allegations contained in this paragraph as pled.

74.

Defendants deny the allegations contained in this paragraph as pled.

75.

Defendants deny the allegations contained in this paragraph as pled.

76.

Defendants admit that, over the weekend of June 19-20, 2021, about 3 inches of rain fell, and that that rain event occurred roughly a month and a half after the EPD's May 2021 notice, but Defendants otherwise deny the allegations contained in this paragraph as pled.

77.

Defendants deny the allegations contained in this paragraph as pled.

78.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

79.

Defendants admit that, on June 27, 2021, there was a rain event, but they deny that the event only involved less than an inch of rain.  Defendants lack

knowledge or information sufficient to form a belief as to the remaining allegations contained in this paragraph as pled.

80.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

81.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

82.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

83.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

84.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

85.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

86.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

87.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

88.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

89.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

90.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

91.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

92.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

93.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

94.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

95.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

96.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

97.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

98.

Defendants deny the allegations contained in this paragraph as pled.

99.

Defendants deny the allegations contained in this paragraph as pled.

100.

Defendants deny the allegations contained in this paragraph as pled.

101.

Defendants deny the allegations contained in this paragraph as pled.

102.

Defendants deny the allegations contained in this paragraph as pled.

103.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

104.

Defendants admit that, in late July 2021, additional sediment control and remediation efforts were undertaken to address the effects of significant rain events, but they otherwise deny the remaining allegations contained in this paragraph as pled.

105.

Defendants currently lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled, but they deny that

any individuals who performed any July 2021 sediment control and remediation efforts intentionally entered Plaintiffs' property.

106.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

107.

Defendants deny the allegations contained in this paragraph as pled.

108.

Defendants deny the allegations contained in this paragraph as pled.

109.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

110.

Defendants deny the allegations contained in this paragraph as pled.

111.

Defendants admit that the NPDES Permit requires the sampling of storm water discharges and testing for turbidity, but they otherwise deny the remaining allegations contained in this paragraph as pled.

112.

Defendants admit that NTUs of sample storm water discharges are measured and recorded, but they otherwise deny the remaining allegations contained in this paragraph as pled.

113.

Defendants deny the allegations contained in this paragraph as pled.

114.

Defendants deny the allegations contained in this paragraph as pled.

115.

Defendants deny the allegations contained in this paragraph as pled.

116.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

117.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

118.

Defendants deny the allegations contained in this paragraph as pled.

119.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

120.

Defendants deny the allegations contained in this paragraph as pled.

121.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

122.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

123.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

124.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

125.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

126.

Defendants admit the allegations contained in this paragraph.

127.

Defendants admit the allegations contained in this paragraph.

128.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

129.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

130.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

131.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

132.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

133.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

134.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

135.

Defendants deny the allegations contained in this paragraph as pled.

136.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

137.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

138.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

139.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

140.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

141.

Defendants deny the allegations contained in this paragraph as pled.

142.

Defendants deny the allegations contained in this paragraph as pled.

143.

Defendants deny the allegations contained in this paragraph as pled.

144.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

145.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

146.

Defendants deny the allegations contained in this paragraph as pled.

147.

Defendants deny the allegations contained in this paragraph as pled.

148.

Defendants deny the allegations contained in this paragraph as pled.

149.

Defendants deny the allegations contained in this paragraph as pled.

150.

Defendants deny the allegations contained in this paragraph as pled.

151.

Defendants deny the allegations contained in this paragraph as pled.

152.

Defendants deny the allegations contained in this paragraph as pled.

153.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

154.

Defendants deny the allegations contained in this paragraph as pled.

155.

Defendants deny the allegations contained in this paragraph as pled.

156.

Defendants deny the allegations contained in this paragraph as pled.

157.

Defendants deny the allegations contained in this paragraph as pled.

158.

Defendants deny the allegations contained in this paragraph as pled.

159.

Defendants deny the allegations contained in this paragraph as pled.

160.

Defendants deny the allegations contained in this paragraph as pled.

161.

Defendants deny the allegations contained in this paragraph as pled.

162.

Defendants deny the allegations contained in this paragraph as pled.

163.

Defendants deny the allegations contained in this paragraph as pled.

164.

Defendants deny the allegations contained in this paragraph as pled.

165.

Defendants deny the allegations contained in this paragraph as pled.

166.

Defendants deny the allegations contained in this paragraph as pled.

167.

Defendants deny the allegations contained in this paragraph as pled.

168.

Defendants deny the allegations contained in this paragraph as pled.

169.

Defendants deny the allegations contained in this paragraph as pled.

170.

Defendants deny the allegations contained in this paragraph as pled.

171.

Defendants deny the allegations contained in this paragraph as pled.

172.

Defendants deny the allegations contained in this paragraph as pled.

173.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

174.

Defendants deny the allegations contained in this paragraph as pled.

175.

Defendants deny the allegations contained in this paragraph as pled.

176.

Defendants deny the allegations contained in this paragraph as pled.

177.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

178.

Defendants deny the allegations contained in this paragraph as pled.

179.

Defendants deny the allegations contained in this paragraph as pled.

180.

Defendants deny the allegations contained in this paragraph as pled.

181.

Defendants deny the allegations contained in this paragraph as pled.

182.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

183.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

184.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

185.

Defendants admit that the language contained in the NPDES Permit issued to Silicon Ranch speaks for itself, but they deny the remaining allegations contained in this paragraph as pled.

186.

Defendants admit that the language contained in the Georgia Water Quality Standards speaks for itself, but they deny the remaining allegations contained in this paragraph as pled.

187.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

188.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

189.

Defendants admit that the language contained in the Georgia Water Quality

Standards speaks for itself, but they deny the remaining allegations contained in this paragraph as pled.

190.

Defendants admit that the language contained in the Georgia Water Quality Standards speaks for itself, but they deny the remaining allegations contained in this paragraph as pled.

191.

Defendants admit that the language contained in the cited regulation speaks for itself, but they deny the remaining allegations contained in this paragraph as pled.

192.

Defendants deny the allegations contained in this paragraph as pled.

193.

Defendants deny the allegations contained in this paragraph as pled.

194.

Defendants deny the allegations contained in this paragraph as pled.

195.

Defendants deny the allegations contained in this paragraph as pled.

196.

Defendants deny the allegations contained in this paragraph as pled.

197.

Defendants deny the allegations contained in this paragraph, both specifically and as pled.

198.

Defendants deny the allegations contained in this paragraph, both specifically and as pled.

199.

Defendants deny the allegations contained in this paragraph, both specifically and as pled.

200.

Defendants admit that the findings of the Web Soil Survey speak for themselves, but they deny the remaining allegations contained in this paragraph as pled.

201.

Defendants admit that the information contained on the NRCS map speaks for itself, but they deny the remaining allegations contained in this paragraph as pled.

202.

Defendants admit that the information contained on the NRCS map speaks

for itself, but they deny the remaining allegations contained in this paragraph as pled.

203.

Defendants deny the allegations contained in this paragraph as pled.

204.

Defendants deny the allegations contained in this paragraph as pled.

205.

Defendants admit that the information contained in the NRCS report speaks for itself, but they deny the remaining allegations contained in this paragraph as pled.

206.

Defendants deny the allegations contained in this paragraph as pled.

207.

Defendants deny the allegations contained in this paragraph as pled.

208.

Defendants deny the allegations contained in this paragraph as pled.

209.

Defendants deny the allegations contained in this paragraph as pled.

210.

Defendants deny the allegations contained in this paragraph as pled.

211.

Defendants deny the allegations contained in this paragraph as pled.

212.

Defendants deny the allegations contained in this paragraph, both specifically and as pled.

213.

Defendants deny the allegations contained in this paragraph as pled.

214.

Defendants deny the allegations contained in this paragraph as pled.

215.

Defendants deny the allegations contained in this paragraph as pled.

216.

Defendants deny the allegations contained in this paragraph as pled.

217.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

218.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

219.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

220.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

221.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

222.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

223.

Defendants admit that the language contained in Georgia's Water Quality Control Act speaks for itself.

224.

Defendants admit that the language contained in Georgia's Water Quality Control Act speaks for itself.

225.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

226.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

227.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

228.

Defendants admit the allegations contained in this paragraph.

229.

Defendants admit the allegations contained in this paragraph.

230.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

231.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

232.

Defendants admit that there is currently complete diversity between the parties, but they otherwise deny the remaining allegations contained in this paragraph as pled.

233.

Defendants deny the allegations contained in this paragraph as pled.

234.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

235.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

236.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

237.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

238.

Defendants deny the allegations contained in this paragraph as pled.

239.

Defendants admit that IEA Constructors, LLC periodically transacts and conducts business in this State, including business related to its work on the Lumpkin Solar Farm, but they lack knowledge or information sufficient to form a belief as to the remaining allegations contained in this paragraph as pled.

240.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

241.

Defendants incorporate by reference their responses and defenses to the preceding paragraphs.

242.

Defendants deny the allegations contained in this paragraph as pled.

243.

Defendants deny the allegations contained in this paragraph as pled.

244.

Defendants deny the allegations contained in this paragraph as pled.

245.

Defendants deny the allegations contained in this paragraph as pled.

246.

Defendants incorporate by reference their responses and defenses to the preceding paragraphs.

247.

Defendants deny the allegations contained in this paragraph as pled.

248.

Defendants deny the allegations contained in this paragraph as pled.

249.

Defendants deny the allegations contained in this paragraph as pled.

250.

Defendants deny the allegations contained in this paragraph as pled.

251.

Defendants deny the allegations contained in this paragraph as pled.

252.

Defendants deny the allegations contained in this paragraph as pled.

253.

Defendants incorporate by reference their responses and defenses to the preceding paragraphs.

254.

Defendants deny the allegations contained in this paragraph as pled.

255.

Defendants deny the allegations contained in this paragraph as pled.

256.

Defendants deny the allegations contained in this paragraph as pled.

257.

Defendants deny the allegations contained in this paragraph as pled.

258.

Defendants deny the allegations contained in this paragraph as pled.

259.

Defendants deny the allegations contained in this paragraph as pled.

260.

Defendants incorporate by reference their responses and defenses to the preceding paragraphs.

261.

Defendants admit the allegations contained in this paragraph.

262.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

263.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

264.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

265.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

266.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

267.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

268.

Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in this paragraph as pled.

269.

Defendants incorporate by reference their responses and defenses to the preceding paragraphs.

270.

Defendants deny the allegations contained in this paragraph as pled.

271.

Defendants deny the allegations contained in this paragraph as pled.

272.

Defendants deny the allegations contained in this paragraph as pled.

273.

Defendants deny the allegations contained in this paragraph as pled.

274.

Defendants deny the allegations contained in this paragraph as pled.

275.

Defendants deny the allegations contained in this paragraph as pled.

276.

Defendants deny the allegations contained in this paragraph as pled.

277.

Defendants deny the allegations contained in this paragraph as pled.

278.

Defendants incorporate by reference their responses and defenses to the preceding paragraphs.

279.

Defendants deny the allegations contained in this paragraph as pled.

280.

Defendants deny the allegations contained in this paragraph as pled.

281.

Defendants incorporate by reference their responses and defenses to the preceding paragraphs.

282.

Defendants deny the allegations contained in this paragraph as pled.

283.

Defendants deny the allegations contained in this paragraph as pled.

284.

Defendants deny all allegations and inferences of liability contained in Plaintiffs' prayer for relief.

285.

Any allegations not specifically responded to in this answer are hereby denied.

WHEREFORE, having fully answered Plaintiffs' Complaint, Defendants pray that the same be dismissed with prejudice, casting all costs upon the Plaintiffs, and that Defendants have all such other relief as this Court deems just and proper.

## JURY DEMAND

Defendants hereby demand a trial by a twelve-person jury on all issues so triable.

This 31st day of August, 2021.

Respectfully submitted,

DREW ECKL & FARNHAM, LLP

/s/ Andrew D. Horowitz
Andrew D. Horowitz
Georgia Bar No. 367815
Jennifer E. Parrott
Georgia Bar No. 080180
Burke Noble
Georgia Bar No. 545215
**Attorneys for IEA Defendants**

303 Peachtree Street, N.E.
Suite 3500
Atlanta, Georgia 30308
Telephone:  404-885-1400
ahorowitz@deflaw.com
jparrott@deflaw.com
bnoble@deflaw.com

11881898/1
05769-209557

- 45 -

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | | |
|---|---|---|
| H&L FARMS, LLC; | ) | |
| SHAUN HARRIS and AMIE HARRIS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | NO. 4:21-CV-00134-CDL |
| | ) | |
| SILICON RANCH CORPORATION; | ) | |
| SR LUMPKIN, LLC; INFRASTRUCTURE | ) | |
| AND ENERGY ALTERNATIVES, INC.; | ) | |
| IEA CONSTRUCTORS, LLC; and | ) | |
| WESTWOOD PROFESSIONAL | ) | |
| SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing *IEA DEFENDANTS' DEFENSES AND ANSWER TO PLAINTIFF'S COMPLAINT* upon counsel of record through the CM/ECF system which will serve a copy of the foregoing upon Plaintiffs' counsel as follows which will electronically serve the following counsel of record:

James E. Butler, Jr., Esq.
Daniel E. Philyaw, Esq.
Butler Wooten & Peak LLP
2719 Buford Highway
Atlanta, Georgia 30324
jim@butlerwooten.com
dan@butlerwooten.com

- 46 -

C. Frederick Overby, Esq.
Overby Law Office, P.C.
PO Box 1975
Columbus, Georgia 31902
fredoverby@overbylaw.com

C. Cooper Knowles, Esq.
Law Office of C. Cooper Knowles, LLC
750 Hammond Drive
Building 12, 200
Sandy Springs, Georgia 30328
cknowles@cckfirm.com

Kent T. Stair, Esq.
Jordan Teich, Esq.
Melissa L. Bailey, Esq.
40 Calhoun Street
Suite 400
Charleston, South Carolina 29401
kstair@carlockcopeland.com
jteich@cskl.law
mbailey@cskl.law

Alycen A. Moss, Esq.
Danielle LeJeune, Esq.
Cozen O'Connor
The Promendade, Suite 400
1230 Peachtree Street NE
Atlanta, Georgia 30309
amoss@cozen.com
dlejeune@cozen.com

This 31st day of August, 2021.

DREW, ECKL & FARNHAM, LLP

*/s/ Andrew D. Horowitz*
Andrew D. Horowitz
Georgia Bar No. 367815
***Attorneys for IEA Defendants***

303 Peachtree Street, N.E.
Suite 3500
Atlanta, Georgia 30308
Telephone:  (404) 885-1400
Facsimile:  (404) 876-0992
Email:  ahorowitz@deflaw.com

11881898/1
05769-209557