IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| H & L FARMS, LLC, SHAUN HARRIS AND AMIE HARRIS, <br><br> Plaintiffs, <br><br> v. <br><br><br> SILICON RANCH CORPORATION, SR LUMPKIN, LLC, INFRASTRUCTURE AND ENERGY ALTERNATIVES, INC., IEA CONSTRUCTORS, LLC, AND WESTWOOD PROFESSIONAL SERVICES, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) Civil Action No.: 4:21-cv-00134-CDL ) ) ) ) ) ) ) ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

COMES NOW Defendant Westwood Professional Services, Inc., and hereby notify the Court and all parties to this matter, that the undersigned attorney, Alexis K. Daenecke of Copeland, Stair, Valz & Lovell, LLP, 191 Peachtree Street, N.E., Suite 3600, Atlanta, GA 30303, is hereby substituted as counsel in place of Jordan N. Teich. Melissa L. Bailey and Kent Stair will remain lead counsel. All correspondence, court notices, and service of pleadings should be directed accordingly.

This 16th day of March, 2022.

COPELAND, STAIR, VALZ &
LOVELL, LLP

By:  /s/ Melissa L. Bailey
KENT T. STAIR
State Bar No.:  674025
MELISSA L. BAILEY
State Bar No.: 804341
COREY R. MENDEL
State Bar No.: 604149
ALEXIS K. DAENECKE
State Bar No.:987588


*Attorneys for Defendant Westwood Professional Services, Inc.*

191 Peachtree Street, N.E.
Suite 3600
Atlanta, Georgia 30303
Phone: (404) 522-8220
Fax: (404) 523-2345
kstair@csvl.law
mbailey@csvl.law
cmendel@csvl.law
adaenecke@csvl.law

*8130929v.1*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date a true and correct copy of the foregoing pleading was electronically filed with the Clerk of Court's CM/ECF filing system which should send notification of such filing to all attorneys of record.

This 16th day of March, 2022.

                        COPELAND, STAIR, VALZ & LOVELL, LLP

                        By: _/s/ Melissa L. Bailey_____
                        KENT T. STAIR
                        State Bar No.:  674025
                        MELISSA L. BAILEY
                        State Bar No.: 804341
                        COREY R. MENDEL
                        State Bar No.: 604149
                        ALEXIS K. DAENECKE
                        State Bar No.:987588
                        *Attorneys for Defendant Westwood Professional Services, Inc.*

191 Peachtree Street, N.E.
Suite 3600
Atlanta, Georgia 30303
Phone: (404) 522-8220
Fax: (404) 523-2345
kstair@csvl.law
mbailey@csvl.law
cmendel@csvl.law
adaenecke@csvl.law

*8130929v.1*