IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| H & L FARMS, LLC; SHAUN HARRIS and AMIE HARRIS, <br><br> Plaintiffs, <br><br> v. <br><br> SILICON RANCH CORPORATION; SR LUMPKIN, LLC; INFRASTRUCTURE AND ENERGY ALTERNATIVES, INC.; IEA CONSTRUCTORS, LLC; and WESTWOOD PROFESSIONAL SERVICES, INC., <br><br> Defendants. | Civil Action No.: 4:21-cv-00134-CDL |

## DEFENDANT SILICON RANCH CORPORATION'S RESPONSE TO PLAINTIFFS' MOTION FOR EXTENSION

COMES NOW Defendant Silicon Ranch Corporation ("Defendant" or "Silicon Ranch") and responds to Plaintiffs' Motion for Extension to advise the Court that it did, in fact, consent to the extension requested by Plaintiffs. A true, accurate and correct copy of the email between Jim Butler and Alycen Moss is attached as Exhibit "A." More specifically, Ms. Moss advised Mr. Butler that the extension was "fine assuming we are getting a full and complete production." *Id.* It is unclear why Plaintiffs misrepresented Silicon Ranch's consent to the Court, but Silicon Ranch files this response to clarify that it has consented to the extension.

Respectfully submitted this 11th day of August, 2022.

/s/ Alycen A. Moss
Alycen A. Moss
Georgia Bar No. 002598
Danielle C. Le Jeune
Georgia Bar No. 134222
COZEN O'CONNOR
The Promenade, Suite 400
1230 Peachtree Street, N.E.
Atlanta, GA  30309
Telephone:  (404) 572-2052
Facsimile:  (877) 728-1396
E-mail:   amoss@cozen.com
          dlejeune@cozen.com

*Attorneys for Defendant Silicon Ranch Corporation and SR Lumpkin, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| H & L FARMS, LLC; SHAUN HARRIS and AMIE HARRIS,<br><br>      Plaintiffs,<br><br>v.<br><br>SILICON RANCH CORPORATION; SR LUMPKIN, LLC; INFRASTRUCTURE AND ENERGY ALTERNATIVES, INC.; IEA CONSTRUCTORS, LLC; and WESTWOOD PROFESSIONAL SERVICES, INC.,<br><br>      Defendants. | Civil Action No.: 4:21-cv-00134-CDL |

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2022, I electronically filed the foregoing ***Defendant Silicon Ranch Corporation's Response to Plaintiffs' Motion for Extension*** with the Clerk of Court using the CM/ECF system which will automatically send a notice of electronic filing to the attorneys of record.

This 11th day of August, 2022.

                */s/ Alycen A. Moss*
                Alycen A. Moss
                Georgia Bar No. 002598