**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | | |
|---|---|---|
| H & L FARMS, LLC; | * | |
| SHAUN HARRIS and AMIE HARRIS, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | CIVIL ACTION FILE |
| v. | * | |
| | * | NO. 4:21-CV-00134-CDL |
| SILICON RANCH CORPORATION; | * | |
| SR LUMPKIN, LLC; INFRASTRUCTURE | * | |
| AND ENERGY ALTERNATIVES, INC.; | * | |
| IEA CONSTRUCTORS, LLC; and, | * | |
| WESTWOOD PROFESSIONAL | * | |
| SERVICES, INC., | * | |
| | * | |
| Defendants. | * | |

**<u>PLAINTIFFS' NOTICE PURSUANT TO ¶ 8 OF
DECEMBER 16, 2022 ORDER (Doc. 157)</u>**

Plaintiffs hereby give notice that they may introduce the deposition testimony of the

below witnesses at the trial of this case:[1]

**4/11/22 deposition of Craig Zeller
5/25/22 deposition of Joel Wooten
6/15/22 deposition of Brian Wellington**

Plaintiffs hereby give notice that they may introduce[2] portions of the following

depositions that were not videotaped, and provide herein the page and line numbers of the

deposition testimony Plaintiffs may intend to introduce:

---

[1] It is Plaintiffs' intention to have those three witnesses present for trial, if they are to testify, as "may call" witnesses.  This notice is given in case for some unforeseen reason one or more of them is unavailable.

[2] Plaintiffs use the words "may introduce" because Plaintiffs are attempting to do all they can to streamline the presentation of the case, which is a work in progress; Plaintiffs hope to *not* introduce into evidence all the depositions referenced herein.  At this point it is not certain what issues will be tried, or what positions defendants SRC and IEA will take, so Plaintiffs are compelled to retain the ability to "intend to introduce portions" of the referenced depositions.

**6/17/22 deposition of Brad White:**

8/4-8

9/18-10/14

10/25-11/4

12/16-25

13/14-21

15/3-11

15/16-16/20

16/24-17/10

17/18-19

18/16-19

18/22-24

19/1-17

22/16-22

25/13-27/8

28/7-13

28/23-29/9

29/20-31/4

31/8-32/11

32/20-22

33/15-34/9

34/14-35/16

35/19-21

36/16-18

36/22

37/5-8

37/11

38/22-39/2

**9/13/2022 deposition of Andrew Nelson:**

5/16-18

12/21-13/8

24/18-20

150/5-24

158/16-159/11

160/16-20

160/23-161/3

162/20-163/15

171/17-172/9

172/12-22

173/1-7

173/11-20

174/8-24

175/1-4

176/1-3

176/8-25

177/18-179/10

179/16-180/7

180/11-181/2

181/6-15

181/18-182/3

182/7-22

185/20-186/9

190/17-191/13

191/22-192/15

192/18-193/12

198/6-18

**9/14/22 deposition of Aaron Mylnek:**

3/23-25

9/18-10/6

11/3-10

11/20-22

17/3-18/19

89/5-91/1

91/5-92/9

111/1-15

181/4-11

212/17-24 (ending with "for you")

214/14-21

215/1-218/5

218/23-219/5

219/17-221/1

221/12-23

222/3-6

222/14-223/4

223/8-18

224/1-225/13

225/15-226/16

227/13-16

227/25-231/15

231/20-233/6

236/20-238/14

238/18-239/7

239/10-13

239/17

239/21-240/21

241/2-3

241/8-243/7

243/20-244/6

250/22-251/1

251/9-252/15

252/18-20

253/8-23

Plaintiffs hereby give notice that they may introduce[3] edited videotapes composed of the following portions of the following depositions that were videotaped, and provide herein the page and line numbers of the deposition testimony Plaintiffs may intend to introduce:[4]

**4/25/22 deposition of Tony Greco:**

8/23-12/6

12/15-13/5

13/23-15/4

16/1-17/20

21/6-14

21/22-23/20

24/14-25/4

25/21-23

27/10-28/5

29/8-11

29/24-30/8

31/20-32/16

---

[3] Again, it is Plaintiffs intent and hope not to present the referenced portions of all these depositions, to the extent possible.  Some of these witnesses may show up live at trial, in which event if Plaintiffs are given notice of that sufficiently in advance to prepare a live cross examination, then Plaintiffs may not play the edited videotaped depositions (although Plaintiffs may well still use the referenced portions for cross examination).

[4] Plaintiffs have not submitted to defendants copies of the videotapes for the referenced depositions, as defendants each already have those videotapes.  (If any defendant is missing any videotape, said defendant can readily obtain one from the videographer, or if that fails, said defendant can email that information to Plaintiffs' counsel, and Plaintiffs' counsel will provide a copy of said videotape as promptly as possible).  Edited versions of the videotapes to be used at trial have obviously not yet been prepared, as "objections" to Plaintiffs' designations have not been made (as contemplated by the second paragraph of ¶8 or been ruled upon by the Court; nor have "counter-designations" been made (as contemplated by the third paragraph of ¶8).

33/12-34/13

38/14-44/23

45/9-16

46/6-12

50/11-21

53/4-11

54/2-7

68/20-69/11

72/14-73/10

76/25-77/4

77/13-15

79/23-80/15

82/6-21

82/25-84/7

84/25-85/7

85/10-86/6

104/4-19

107/3-110/11

123/3-9

124/19-125/6

132/24-133/14

148/16-150/13

151/19-153/24

161/6-12

162/21-163/4

165/22-166/1

167/22-168/3

168/16-25

176/1-8

177/17-25

178/19-21

179/13-180/23

211/13-18

213/16-24

214/1-2

214/6-11

215/1-6

216/19-23

218/13-19

222/21-23

223/1-6

224/8-13

240/22-241/5

242/15-17

242/20-243/3

243/7-12

243/17-23 (ending at "No.")

244/16-25

245/3

253/8-18

404/25-405/3

410/12-21

411/3-8

412/10-16

415/11-416/5

416/15-24

417/23-418/4

418/24-420/4

421/11-23

423/8-17

424/12-15

425/5-8

**5/9/22 deposition of Reagan Farr:**

8/1-12/2

12/6-17/23

19/4-21/19

22/17-23/21

24/1-25

27/10-22

30/18-34/2

34/6-15

40/22-41/22

44/21-45/20

61/20-62/8

62/21-64/16

66/4-20

69/22- 74/18 (through "don't know")

78/14-83/19

125/5-129/1

137/9-140/5 (through "yes")

140/19-23

158/4-21

159/1-160/4

161/7-164/2

169/9-24

173/15-174/25

175/4-176/17

176/20-180/11

182/23-186/14

187/18-188/10

189/3-191/2

192/6-193/21

196/11-21

197/2-23

198/14-199/12

210/7-212/17

216/22-221/11

**5/9/22 deposition of John Thompson:**

6/1-53/17

**5/18/22 deposition of Michael Taylor:**

8/17-22

8/25-9/8

9/24-10/13

17/19-18/7

18/13-15

21/4-17

21/21-22/5

23/6-26/1

26/4-29/15

29/18-30/9

33/23-34/6

36/23-37/21

41/5-18

43/4-11

44/12-46/10

46/24-47/21

47/24-49/2

49/5-15

49/22-50/6

50/13-51/20

51/25 (starting at "Do")-53/5

57/3-9

58/8-59/4

59/12-60/1

60/8-14

62/7-63/5

63/14-24

64/2-6

65/1-66/8

201/3-202/19

213/18-215/8

216/7-218/5

218/18-20

219/13-22

220/9-21

221/1-222/9

222/24-25

223/5-7

223/10-12

224/3 (starting with "Have")-224/11

224/17-225/16

228/10-11

**5/21/22 deposition of James Allen:**

5/3-25

6/8-21

8/8-11/22

12/21-25

13/13-18

14/13-17

15/11-14

16/23-25

21/8-22/5

26/10-28/14

34/14-35/10

36/5-41/13

44/1-3

44/23-45/22

46/12-47/21

48/24-49/5

50/6-51/7

51/17-24

52/5-21

53/1-23

55/11-19

61/8-9

130/2-20

130/24-131/7

131/10-18

131/20—132/11

132/17-133/6

139/18-141/7

141/14-143/5

**5/24/22 deposition of Austin Fednander:**

4/1-5

4/24-5/8

6/5-10

7/2-14

11/24-12/19

12/25-14/1

15/11-13

15/25-16/16

24/19-26/10

27/2-10

28/8-25

29/6-25

30/6-31/15

32/3-35/14

37/22-38/19

40/10-25

41/22-24

42/22-43/24

44/4-14

45/3-8

45/13-19

51/1-2

51/12-52/1

59/8-60/6

60/15-61/9

61/20-23

62/1-5

67/15-25

69/22-70/15

76/17-77/5

82/8-9

82/18-83/11

83/1-11

83/15-84/24

85/1-22

86/15-88/22

88/24-89/12

89/15-16

90/3-91/4

93/18-95/4

**5/31/22 deposition of Erin Harris:**

5/19-23

6/14-7/11

9/25-10/16

11/2-7

11/16-12/15

12/24-13/6

14/4-12

15/1-8

16/12-20

17/6-18/25

23/19-24

25/23-25

26/1-10

26/15-27/12

28/2-7

28/17-29/6

30/21-31/5

45/8-10

46/17-47/2

51/14-21

57/9-14

72/10-17

80/7-14

94/8-21

105/1-7

132/13-20

134/13-19

135/14-24

150/11-151/2

153/10-23

156/4-21

164/10-17

166/21-167/14

172/5-14

173/14-23

180/7-22

181/13-182/4

211/10-22

215/4-17

249/14-250/21

253/2-9

261/10-262/4

270/7-19

272/24-274/18

276/16-277/13

278/25-279/12

282/5-283/9

289/8-15

290/16-19

291/9-17

292/17-294/8

294/16-23

294/25-295/10

296/25-298/21

300/10-301/10

302/10-23

303/10-17

303/20-304/6

304/14-22

305/12-23

317/1-24

**6/14/22 deposition of Brian Alfredson:**

    8/1-9/20

    11/6-25/23

    29/24-31/15

    32/21-33/17

    37/10-39/14

    39/17-40/1

    41/2-45/19

    46/5-50/18

    57/23-71/15

    73/14-76/2

    77/22-79/1

    79/12-80/14

    81/3-84/18

    89/14-92/14

**6/17/22 deposition of Jeffrey Doubrava:**

    6/8-31/25

    32/20-37/7

**6/20/22 deposition of Stephen Burdette:**

    12/14-13/19

    17/24-18/4

    20/5-14

    249/2-4

    249/12-21

250/1-251/15

252/25-253/22

254/9-18

255/20-256/4

256/12-257/18

257/23-258/1

258/18-259/5

259/7-10

259/13-23

259/25-260/4

261/18-263/6

264/7-25

265/9-18

266/9-24

267/11-22

268/15-21

268/24-270/7

270/10-20

273/8-15

274/1-20

277/14-278/1

295/25-296/24

298/1-14

299/10-16

**6/20/2022 deposition of James Melton:**

6/5-9/4

9/20-23

12/5-11

14/17-22

15/19-23

17/18-22

21/19-22/13

28/20-30/6

34/3-21

35/1-11

35/23-36/2

53/4-20

110/14-111/24

112/11-14

112/17-20

112/23-113/5

113/19-21

113/23-114/2

114/14-115/8

115/11-20

115/25-116/8

116/13-21

119/14-21

119/24-120/1

121/3-5

121/9-16

121/19-23

122/2-7

122/9-123/9

124/14-15

129/16-19

**6/21/22 deposition of Philip Exley:**

8/1-17

17/11-17

17/21-18/12

274/24-275/2

275/15-16

276/15-278/20

279/19-280/17

283/1-16

284/14-22

286/10-18

287/13-20

288/8-21

289/4-7

289/13

289/15-19

291/7-21

292/1-294/8

294/24-25

295/9-18

295/21-296/7

296/12-15

296/18-297/4

297/13-17

297/21-25

298/3-5

299/1-300/6

300/18-20

300/24-301/11

304/10-11

314/21-315/23

316/6-317/3

Respectfully submitted this 13th of January, 2023.

/s/ James E. Butler, Jr.
JAMES E. BUTLER, JR.
Georgia Bar No. 099625
jim@butlerprather.com
DANIEL E. PHILYAW
Georgia Bar No. 877765
dan@butlerprather.com
CAROLINE W. SCHLEY
Georgia Bar No. 511349
caroline@butlerprather.com
BUTLER PRATHER LLP
105 13th Street
Post Office Box 2766
Columbus, GA 31902
T:  (706) 322-1990 F:  (706) 323-2962

C. FREDERICK OVERBY
Georgia Bar No. 555845

Fredoverby@overbylaw.com
OVERBY LAW OFFICE, P.C.
Post Office Box 1975
Columbus, Ga 31902
T:  (706) 327-0300      F:  (706) 320-0053

C. COOPER KNOWLES
Georgia Bar No. 426699
cknowles@cckfirm.com
LAW OFFICE OF C. COOPER KNOWLES, LLC
750 Hammond Drive
Building 12, Suite 200
Sandy Springs, GA 30328
T:  (770) 668-2081

**ATTORNEYS FOR PLAINTIFFS**