IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| H & L FARMS, LLC; SHAUN HARRIS and AMIE HARRIS, | * * * |
| Plaintiffs, | * * |
| v. | * |
| | * Civil Action No.: 4:21-cv-00134- |
| SILICON RANCH CORPORATION; SR LUMPKIN, LLC; INFRASTRUCTURE AND ENERGY ALTERNATIVES, INC.; IEA CONSTRUCTORS, LLC; and WESTWOOD PROFESSIONAL SERVICES, INC., | * CDL * * * * * * * |
| Defendants. | * |

**DEFENDANT WESTWOOD'S NOTICE PURSUANT TO ¶ 8 OF DKT. 157 - DESIGNATIONS OF DEPOSITION TESTIMONY FOR USE AT TRIAL**

COMES NOW Defendant Westwood Professional Services, Inc. ("Westwood") and submits the following deposition designations for use at trial:

MICHAEL TAYLOR

- 8:17-18
- 9:24-13:14
- 14:6-16:21
- 17:19-23:8
- 24:3-32:20
- 33:3-57:20
- 58:8-63:4
- 63:14-66:6
- 66:20-94:8
- 94:22-95:10

- 95:22-132:10
- 136:3-143:15
- 144:5-149:3
- 149:23
- 150:19-152:17
- 152:25-160:17
- 161:2-176:18
- 180:21-181:17
- 182:16-197:16
- 197:25-198:3
- 201:3-201:12
- 203:3-206:6
- 206:16-207:2
- 209:2-229:18

BRADFORD WHITE

- 8:6-13
- 9:18-39:2

DR. BRIAN WELLINGTON

- 7:3 - 9:18
- 14:10-23
- 84:13 – 99-10
- 114:6 – 124:23
- 135:8 – 140:20

This 13th day of January, 2023.

                    COPELAND, STAIR, VALZ &
                    LOVELL LLP

By: */s/ Melissa L. Bailey*_____
    KENT T. STAIR
    State Bar No.:  674025
    MELISSA L. BAILEY
    State Bar No.: 804341
    COREY R. MENDEL

- 3 -

State Bar No.: 604149

191 Peachtree Street NE  
Suite 3600  
Atlanta, Georgia 30303-1740  
404-522-8220  
    ………  
P.O. Box 56887  
Atlanta, Georgia 30343-0887  
*kstair@csvl.law*  
*mbailey@csvl.law*  
*cmendel@csvl.law*

*Attorneys for Defendant Westwood Professional Services, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date a true and correct copy of the foregoing pleading was electronically filed with the Clerk of Court's CM/ECF filing system which should send notification of such filing to all attorneys of record.

This 13th day of January, 2023.

        COPELAND, STAIR, VALZ & LOVELL LLP

        By: */s/ Melissa L. Bailey*_____
        KENT T. STAIR
        State Bar No.: 674025
        MELISSA L. BAILEY
        State Bar No.: 804341
        COREY R. MENDEL
        State Bar No.: 604149

        *Attorneys for Defendant Westwood Professional Services, Inc.*

191 Peachtree Street, NE
Suite 3600
Atlanta, Georgia 30303-1740
404-522-8220
    ………
P.O. Box 56887
Atlanta, Georgia 30343-0887
*kstair@csvl.law*
*mbailey@csvl.law*
*cmendel@csvl.law*