**EXHIBIT B - ¶19 – List of all depositions that each party intends to introduce at trial.**

**FOR PLAINTIFFS:[1]**

Plaintiffs hereby give notice that they may introduce the deposition testimony of the below witnesses at the trial of this case:[2]

**4/11/22 deposition of Craig Zeller**
**5/25/22 deposition of Joel Wooten**
**6/15/22 deposition of Brian Wellington**

Plaintiffs hereby give notice that they may introduce[3] portions of the following depositions that were not videotaped, and provide herein the page and line numbers of the deposition testimony Plaintiffs may intend to introduce:

**6/17/22 deposition of Brad White:**

8/4-8

9/18-10/14

10/25-11/4

12/16-25

13/14-21

15/3-11

15/16-16/20

---

[1] This is the same list provided by Plaintiffs to defendants on January 13, 2023 pursuant to ¶8 of this Court's December 16, 2022 Order. (Doc. 157).

[2] It is Plaintiffs' intention to have those three witnesses present for trial, if they are to testify, as "may call" witnesses. This notice is given in case for some unforeseen reason one or more of them is unavailable.

[3] Plaintiffs use the words "may introduce" because Plaintiffs are attempting to do all they can to streamline the presentation of the case, which is a work in progress; Plaintiffs hope to *not* introduce into evidence all the depositions referenced herein. At this point it is not certain what issues will be tried, or what positions defendants SRC and IEA will take, so Plaintiffs are compelled to retain the ability to "intend to introduce portions" of the referenced depositions.

16/24-17/10

17/18-19

18/16-19

18/22-24

19/1-17

22/16-22

25/13-27/8

28/7-13

28/23-29/9

29/20-31/4

31/8-32/11

32/20-22

33/15-34/9

34/14-35/16

35/19-21

36/16-18

36/22

37/5-8

37/11

38/22-39/2

**9/13/2022 deposition of Andrew Nelson:**

5/16-18

12/21-13/8

24/18-20

150/5-24

158/16-159/11

160/16-20

160/23-161/3

162/20-163/15

171/17-172/9

172/12-22

173/1-7

173/11-20

174/8-24

175/1-4

176/1-3

176/8-25

177/18-179/10

179/16-180/7

180/11-181/2

181/6-15

181/18-182/3

182/7-22

185/20-186/9

190/17-191/13

191/22-192/15

192/18-193/12

198/6-18

**9/14/22 deposition of Aaron Mylnek:**

3/23-25

9/18-10/6

11/3-10

11/20-22

17/3-18/19

89/5-91/1

91/5-92/9

111/1-15

181/4-11

212/17-24 (ending with "for you")

214/14-21

215/1-218/5

218/23-219/5

219/17-221/1

221/12-23

222/3-6

222/14-223/4

223/8-18

224/1-225/13

225/15-226/16

227/13-16

227/25-231/15

231/20-233/6

236/20-238/14

238/18-239/7

239/10-13

239/17

239/21-240/21

241/2-3

241/8-243/7

243/20-244/6

250/22-251/1

251/9-252/15

252/18-20

253/8-23

Plaintiffs hereby give notice that they may introduce[4] edited videotapes composed of the following portions of the following depositions that were videotaped, and provide herein the page and line numbers of the deposition testimony Plaintiffs may intend to introduce:[5]

**4/25/22 deposition of Tony Greco:**

---

[4] Again, it is Plaintiffs intent and hope not to present the referenced portions of all these depositions, to the extent possible.  Some of these witnesses may show up live at trial, in which event if Plaintiffs are given notice of that sufficiently in advance to prepare a live cross examination, then Plaintiffs may not play the edited videotaped depositions (although Plaintiffs may well still use the referenced portions for cross examination).

[5] Plaintiffs have not submitted to defendants copies of the videotapes for the referenced depositions, as defendants each already have those videotapes.  (If any defendant is missing any videotape, said defendant can readily obtain one from the videographer, or if that fails, said defendant can email that information to Plaintiffs' counsel, and Plaintiffs' counsel will provide a copy of said videotape as promptly as possible).  Edited versions of the videotapes to be used at trial have obviously not yet been prepared, as "objections" to Plaintiffs' designations have not been made (as contemplated by the second paragraph of ¶8 or been ruled upon by the Court; nor have "counter-designations" been made (as contemplated by the third paragraph of ¶8).

8/23-12/6

12/15-13/5

13/23-15/4

16/1-17/20

21/6-14

21/22-23/20

24/14-25/4

25/21-23

27/10-28/5

29/8-11

29/24-30/8

31/20-32/16

33/12-34/13

38/14-44/23

45/9-16

46/6-12

50/11-21

53/4-11

54/2-7

68/20-69/11

72/14-73/10

76/25-77/4

77/13-15

79/23-80/15

82/6-21

82/25-84/7

84/25-85/7

85/10-86/6

104/4-19

107/3-110/11

123/3-9

124/19-125/6

132/24-133/14

148/16-150/13

151/19-153/24

161/6-12

162/21-163/4

165/22-166/1

167/22-168/3

168/16-25

176/1-8

177/17-25

178/19-21

179/13-180/23

211/13-18

213/16-24

214/1-2

214/6-11

215/1-6

216/19-23

218/13-19

222/21-23

223/1-6

224/8-13

240/22-241/5

242/15-17

242/20-243/3

243/7-12

243/17-23 (ending at "No.")

244/16-25

245/3

253/8-18

404/25-405/3

410/12-21

411/3-8

412/10-16

415/11-416/5

416/15-24

417/23-418/4

418/24-420/4

421/11-23

423/8-17

424/12-15

425/5-8

**5/9/22 deposition of Reagan Farr:**

8/1-12/2

12/6-17/23

19/4-21/19

22/17-23/21

24/1-25

27/10-22

30/18-34/2

34/6-15

40/22-41/22

44/21-45/20

61/20-62/8

62/21-64/16

66/4-20

69/22- 74/18 (through "don't know")

78/14-83/19

125/5-129/1

137/9-140/5 (through "yes")

140/19-23

158/4-21

159/1-160/4

161/7-164/2

169/9-24

173/15-174/25

175/4-176/17

176/20-180/11

182/23-186/14

187/18-188/10

189/3-191/2

192/6-193/21

196/11-21

197/2-23

198/14-199/12

210/7-212/17

216/22-221/11

**5/9/22 deposition of John Thompson:**

6/1-53/17

**5/18/22 deposition of Michael Taylor:**

8/17-22

8/25-9/8

9/24-10/13

17/19-18/7

18/13-15

21/4-17

21/21-22/5

23/6-26/1

26/4-29/15

29/18-30/9

33/23-34/6

36/23-37/21

41/5-18

43/4-11

44/12-46/10

46/24-47/21

47/24-49/2

49/5-15

49/22-50/6

50/13-51/20

51/25 (starting at "Do")-53/5

57/3-9

58/8-59/4

59/12-60/1

60/8-14

62/7-63/5

63/14-24

64/2-6

65/1-66/8

201/3-202/19

213/18-215/8

216/7-218/5

218/18-20

219/13-22

220/9-21

221/1-222/9

222/24-25

223/5-7

223/10-12

224/3 (starting with "Have")-224/11

224/17-225/16

228/10-11

**5/21/22 deposition of James Allen:**

5/3-25

6/8-21

8/8-11/22

12/21-25

13/13-18

14/13-17

15/11-14

16/23-25

21/8-22/5

26/10-28/14

34/14-35/10

36/5-41/13

44/1-3

44/23-45/22

46/12-47/21

48/24-49/5

50/6-51/7

51/17-24

52/5-21

53/1-23

55/11-19

61/8-9

130/2-20

130/24-131/7

131/10-18

131/20—132/11

132/17-133/6

139/18-141/7

141/14-143/5

**5/24/22 deposition of Austin Fednander:**

4/1-5

4/24-5/8

6/5-10

7/2-14

11/24-12/19

12/25-14/1

15/11-13

15/25-16/16

24/19-26/10

27/2-10

28/8-25

29/6-25

30/6-31/15

32/3-35/14

37/22-38/19

40/10-25

41/22-24

42/22-43/24

44/4-14

45/3-8

45/13-19

51/1-2

51/12-52/1

59/8-60/6

60/15-61/9

61/20-23

62/1-5

67/15-25

69/22-70/15

76/17-77/5

82/8-9

82/18-83/11

83/1-11

83/15-84/24

85/1-22

86/15-88/22

88/24-89/12

89/15-16

90/3-91/4

93/18-95/4

**5/31/22 deposition of Erin Harris:**

5/19-23

6/14-7/11

9/25-10/16

11/2-7

11/16-12/15

12/24-13/6

14/4-12

15/1-8

16/12-20

17/6-18/25

23/19-24

25/23-25

26/1-10

26/15-27/12

28/2-7

28/17-29/6

30/21-31/5

45/8-10

46/17-47/2

51/14-21

57/9-14

72/10-17

80/7-14

94/8-21

105/1-7

132/13-20

134/13-19

135/14-24

150/11-151/2

153/10-23

156/4-21

164/10-17

166/21-167/14

172/5-14

173/14-23

180/7-22

181/13-182/4

211/10-22

215/4-17

249/14-250/21

253/2-9

261/10-262/4

270/7-19

272/24-274/18

276/16-277/13

278/25-279/12

282/5-283/9

289/8-15

290/16-19

291/9-17

292/17-294/8

294/16-23

294/25-295/10

296/25-298/21

300/10-301/10

302/10-23

303/10-17

303/20-304/6

304/14-22

305/12-23

317/1-24


**6/14/22 deposition of Brian Alfredson:**

8/1-9/20

11/6-25/23

29/24-31/15

32/21-33/17

37/10-39/14

39/17-40/1

41/2-45/19

46/5-50/18

57/23-71/15

73/14-76/2

77/22-79/1

79/12-80/14

81/3-84/18

89/14-92/14

**6/17/22 deposition of Jeffrey Doubrava:**

6/8-31/25

32/20-37/7

**6/20/22 deposition of Stephen Burdette:**

12/14-13/19

17/24-18/4

20/5-14

249/2-4

249/12-21

250/1-251/15

252/25-253/22

254/9-18

255/20-256/4

256/12-257/18

257/23-258/1

258/18-259/5

259/7-10

259/13-23

259/25-260/4

261/18-263/6

264/7-25

265/9-18

266/9-24

267/11-22

268/15-21

268/24-270/7

270/10-20

273/8-15

274/1-20

277/14-278/1

295/25-296/24

298/1-14

299/10-16

**6/20/2022 deposition of James Melton:**

6/5-9/4

9/20-23

12/5-11

14/17-22

15/19-23

17/18-22

21/19-22/13

28/20-30/6

34/3-21

35/1-11

35/23-36/2

53/4-20

110/14-111/24

112/11-14

112/17-20

112/23-113/5

113/19-21

113/23-114/2

114/14-115/8

115/11-20

115/25-116/8

116/13-21

119/14-21

119/24-120/1

121/3-5

121/9-16

121/19-23

122/2-7

122/9-123/9

124/14-15

129/16-19

**6/21/22 deposition of Philip Exley:**

8/1-17

17/11-17

17/21-18/12

274/24-275/2

275/15-16

276/15-278/20

279/19-280/17

283/1-16

284/14-22

286/10-18

287/13-20

288/8-21

289/4-7

289/13

289/15-19

291/7-21

292/1-294/8

294/24-25

295/9-18

295/21-296/7

296/12-15

296/18-297/4

297/13-17

297/21-25

298/3-5

299/1-300/6

300/18-20

300/24-301/11

304/10-11

314/21-315/23

316/6-317/3


### SRC and IEA Defendants' Counter-Designations to Plaintiffs' Deposition Designations[6]

**Deposition of Craig Zeller dated April 11, 2022**

Plaintiffs have designated the entirety of Craig Zeller's deposition testimony. Without waiving any objections, Defendants reserve the right to designate specific portions of Mr. Zeller's deposition testimony to the extent that Plaintiffs are permitted to introduce less than the entirety of Mr. Zeller's deposition testimony.

**Deposition of Joel Wooten dated May 25, 2022**

Plaintiffs have designated the entirety of Joel Wooten's deposition testimony. Without waiving any objections, Defendants reserve the right to designate specific portions of Mr. Wooten's deposition testimony to the extent that Plaintiffs are permitted to introduce less than the entirety of Mr. Wooten's deposition testimony.

**Deposition of Brian Wellington dated June 15, 2022**

Plaintiffs have designated the entirety of Brian Wellington's deposition testimony. Without waiving any objections, Defendants reserve the right to designate specific portions of Dr. Wellington's deposition testimony to the extent that Plaintiffs are permitted to introduce less than the entirety of Dr. Wellington's deposition testimony.

**Deposition of John Thompson dated May 9, 2022**

Plaintiffs have designated the entirety of John Thompson's deposition testimony. Without

---

[6] *See* ECF No. 167, 169 and 170 (all parties deposition designations). Any counter-designations received thus far are included herein.

waiving any objections, Defendants reserve the right to designate specific portions of Mr. Thompson's deposition testimony to the extent that Plaintiffs are permitted to introduce less than the entirety of Mr. Thompson's deposition testimony.

**Deposition of Brad White dated June 17, 2022**

pp. 24:23-25:7

pp. 32:23-33:14

p. 37:22-25

p. 38:2-5

p. 38:7-18

p. 38:21

**Deposition of Andrew Nelson dated September 13, 2022**

pp. 7:24-8:17

pp. 9:23-10:4

p. 10:8-24

pp. 13:9-14:2

p. 159:8-14

p. 161:4-6

p. 194:10-13

pp. 194:17-195:6

pp. 195:23-196:1

**Deposition of Aaron Mylnek dated September 14, 2022**

pp. 10:23-11:10

pp. 18:20-19:6

p. 92:10-13

**Deposition of Tony Greco dated April 25, 2022**

p. 28:6-7

p. 28:10-15

p. 28:21-23

p. 29:2

p. 29:12-13

p. 29:18-22

p. 45:18-21

p. 46:14-20

pp. 47:8-48:10

p. 57:12-16

p. 57:19

pp. 57:21-58:4

pp. 64:6-66:16

p. 74:1-6

pp. 74:21-75:8

p. 78:16-19

pp. 78:24-79:3

p. 86:9-23

p. 104:20

pp. 105:9-106:10

p. 121:8-19

p. 124:10-17

pp. 129:25-130:18

pp. 150:14-151:16

pp. 169:15-170:8

pp. 173:24-175:24

pp. 176:25-177:15

pp. 211:19-213:1

p. 213:14-15

pp. 217:6-218:12

pp. 218:20-221:23

pp. 221:25-222:15

pp. 224:16-225:4

p. 241:7-23

pp. 243:17-244:1

p. 244:20

p. 245:5-16

pp. 407:14-408:1

pp. 408:18-410:11

pp. 410:23-411:2

**Deposition of James Allen dated May 21, 2022**

p. 28:16-22

p. 44:4-22

pp. 101:23-102:25

**Deposition of Austin Fednander dated May 24, 2022**

pp. 66:19-67:14

p. 76:6-16

pp. 77:6-78:10

p. 102:6-18

**Deposition of Erin Harris dated May 31, 2022**

p. 14:13-17

p. 15:9-10

pp. 16:21-17:5

p. 26:11-14

pp. 44:23-45:7

pp. 45:11-46:5

p. 47:3-19

pp. 48:8-49:21

p. 54:13-23

p. 55:3-16

pp. 57:15-58:1

pp. 68:24-69:20

p. 72:5-9

pp. 72:18-73:24

pp. 76:1-77:7

pp. 79:13-80:6

pp. 98:15-99:4

pp. 105:8-106:20

pp. 107:11-108:21

pp. 131:17-132:12

pp. 132:21-134:12

p. 150:4-10

p. 151:3-11

pp. 152:13-153:9

pp. 153:24-155:10

pp. 156:22-157:13

p. 167:15-17

pp. 173:24-180:6

pp. 193:21-194:6

p. 200:7-19

pp. 210:15-211:9

pp. 211:23-215:3

pp. 216:22-218:17

pp. 219:18-221:16

pp. 262:5-270:6

pp. 270:20-272:23

p. 277:14-20

p. 278:3-24

p. 279:13-25

pp. 289:18-290:15

pp. 290:21-291:8

pp. 291:19-292:16

pp. 293:9-294:15

p. 296:13-24

p. 302:3-9

pp. 304:23-305:5

pp. 317:25-319:3

**Deposition of Brian Alfredson dated June 14, 2022**

pp. 28:8-29:23

p. 39:15-16

p. 40:2-23

pp. 80:15-81:1

p. 88:3-13

**Deposition of Stephen Burdette dated June 20, 2022**

pp. 44:19-45:13

p. 46:15-18

p. 54:12-20

p. 62:10-24

pp. 63:17-64:1

pp. 69:13-70:21

pp. 97:2-98:4

p. 111:3-19

pp. 120:22-121:23

pp.132:4-134:3

pp. 158:19-159:20

p. 167:7-17

pp. 178:19-179:7

p. 180:3-9

p. 187:16-21

pp. 195:6-196:4

p. 199:1-10

pp. 234:5-235:8

p. 241:1-11

pp. 253:23-254:4

pp. 254:19-255:4

p. 260:8-21

**Deposition of James Melton dated June 20, 2022**

p. 17:4-7

p. 18:17-20

p. 21:5-13

pp. 27:1-28:7

pp. 56:13-57:17

pp. 61:21-62:17

p. 63:5-20

pp. 74:3-75:19

pp. 90:8-91:3

pp. 92:2-93:1

**Deposition of Philip Exley dated June 21, 2022**

p. 30:1-11

p: 286:1-9

pp: 286:19-287:9

pp: 288:22-289:3

p: 289:8-12

p: 291:22-25

p: 294:9-15

p: 295:19-20

p: 296:8-11

p: 296:16

p: 297:5-11

p: 297:18-19

p: 298:1

p: 300:21-22

pp: 312:18-314:15

pp: 315:24-316:7

**Deposition of Reagan Farr dated May 9, 2022**

p. 18:6-24

p. 34:21-24

p. 35:8-13

pp. 35:23-36:15

p. 42:4-18

p. 43:3-12

pp. 46:11-47:18

pp. 52:22-53:10

p. 67:10-15

p. 68:2-7

p. 87:14 (starting at "Silicon Ranch did..")-25

p. 106:12-25

pp. 107:17-108:22

p. 110:1-22

p. 111:1-16

p. 199:14-24

pp. 201: 23-202:18

pp. 208:19-209:3

***Counter-Designations to Westwood's Deposition Designations***

**Deposition of Brad White dated June 17, 2022**

*See* Brad White counter-designations above.

**Deposition of Brian Wellington dated June 15, 2022**

pp. 9:19-10:1

pp. 99:10-100:7

**Defendant Westwood:**

MICHAEL TAYLOR

- 8:17-18
- 9:24-13:14
- 14:6-16:21
- 17:19-23:8
- 24:3-32:20
- 33:3-57:20
- 58:8-63:4
- 63:14-66:6
- 66:20-94:8
- 94:22-95:10
- 95:22-132:10
- 136:3-143:15
- 144:5-149:3
- 149:23
- 150:19-152:17
- 152:25-160:17
- 161:2-176:18
- 180:21-181:17
- 182:16-197:16
- 197:25-198:3
- 201:3-201:12
- 203:3-206:6
- 206:16-207:2
- 209:2-229:18

BRADFORD WHITE

- 8:6-13
- 9:18-39:2

DR. BRIAN WELLINGTON

- 7:3 - 9:18
- 14:10-23
- 84:13 – 99-10

- 114:6 – 124:23
- 135:8 – 140:20