IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION
AT COLUMBUS, GEORGIA



## MINUTE SHEET re: TRIAL DAY 2 (CONTESTED/EVIDENCE ENTERED)

Date: April 12, 2023  
Judge: JUDGE CLAY D. LAND  
Courtroom Deputy: Geoffery Gunn  

Court Time for JS10: 5hrs 29mins  
Court Reporter: Joan Drammeh  

Case Number: 4:21-cv-0134-CDL

**H AND L FARMS LLC et al**

v.

**SILICON RANCH CORPORATION et al**

Counsel: JIM E BUTLER, C COOPER KNOWLES, CAROLINE SCHLEY, CHARLES FREDERICK OVERBY and DAN PHILYAW

Counsel: ALYCEN MOSS, DANIELLE C LE JEUNE, ANDREW D HOROWITZ, BURKE A NOBLE, CHARLES ROGERS, BRENT BEAVER, HARRY ZACK RIPPEON, JEANNE MARIE HARRISON, MARTIN A SHELTON, SARAH CARPENTER, STEVEN J STUART, COREY MENDEL, KENT T STAIR and MELISSA BAILEY

Agents:/Experts in Attendance: Shaun and Amie Harris, Plaintiffs. Regan Farr, CEO of Silicon Ranch. Mr. Albertson and Mr. Efflon, reps for IEA. Pat Zackary and Randy Gardener for Westwood. Kim McAillster and Sara Andrews, paralegals. Rickey Johnson and Brittney Simpson, in-house counsel.

*DISCLAIMER: CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD. ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

- **8:10** Judge Land enters. The Jury is not present. The Court hears several objections relating to a video deposition and rules on them.
- 8:17 The Jury enters. Juror #22 was late today. Jury #4 was dismissed from this trial. Opening statement from Ms. Alycen Moss, Silicon Ranch Corporation.
- 8:20 Brief pause for an IT issue.
- 8:28 Opening resumes.
- 8:45 Opening statement from Mr. Rogers, for IEA.
- 9:14 Opening statement from Mr. K Stair for Westwood.
- 9:36 The Court addresses the Jury.
- 9:45 The Jury departs for a 15 min break.
- The Court takes up objections made during opening statements.
- **10:03** 10 min break
- **10:14** Judge Land and the Jury enters.
- 10:16 The Plaintiff calls Michael Shaun Harris, Mr. Jim Butler. Exhibits offered and admitted. D-727, photo of the lake, P-660 photo of the lake, P-650.4 drone photo of the lake, P-650.4 lake photo, P-651.4 photo of the lake, P-651.15 photo of the lake, P-651.15 photo of the lake, P-661 photo of the lake, P-45 photo of the lake, P-645 photo of the lake, P-9 photo of Mr. Harris and his wife date he

purchased the property, P-328 photo of the big lake, P-648 lake photo with horseback riding, P-577.2 photo of the lake, P579 photo of dirty lake from a boat, P-661.2 photo of the lake, P-10 drone photo of land, P-12 drone photo of land dtd 4/2/21, P-529.6 photo of big lake, dtd 12/13/21, P-588, lake photo of pond running over, P-520.2 photo of dock on the lake, P-367 video, P-360, P-361, P-362, P-363, P-364 cellphone videos from Mr. Harris at the lake, P-514 photo of the lake, P-518.4 lake photo, P-76 lake photo, P-75 lake photo, P-77 lake photo with Mr. Harris in it, dtd 7/15/21 P-606 photo of trucks dtd 7/15/21, P-524 photo of stream, P-526.6 drone lake photo, dtd 9/5/21, P-527 overhead drone lake photo, dtd 10/7/21, P-529.9 lake photo, drone overhead, P-530.6, overhead drone lake photo, P-530.3 overhead drone photo of solar field, P-534, overhead drone photo of the lake, P-535 photo of dirty stream, P-537.2 overhead drone photo of the lake, P-540.1 overhead drone photo of the lake, P-539.1 steam coming into the lake,

- **12:11** Lunch break 30 mins
- 12:41 Judge Land enters.
- Direct of Mr. Harris continues. Exhibits P-542.78, P-542.44, P-542.35, P-542.23, P542, client photos, P-22 photo of Alycen Moss dtd 4/14/22, P-657.4, dtd 4/3/23, P-654.7 client photo, P-373 client video, P-374 client video, P-375 and P-376 client videos.
- 1:03 The Jury is absent from the courtroom for the Court to hearing an objection from Defendant IEA. P-375 and P-376 are admitted with NO SOUND. The Court made a ruling.
- 1:11 The Jury is back the exhibits are being played without the sound.
- Exhibits offered NOT ADMITTED P-623, Ga EPD Presentation. Objection from IEA and SRC. The Court rules on the objection.
- 1:31 Cross by Ms. Carpenter, IEA of Mr. Harris. Exhibit D-IEA- 640, letter, P-18 a letter from attorneys re: Stewart County solar project, dtd 3/9/21 offered and admitted.
- 2:15 The Jury is excused for the evening.
- The Court takes up planning for tomorrow with the parties.
  - **2:20** Court adjourned for the day.