

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION
AT COLUMBUS, GEORGIA

## MINUTE SHEET re: TRIAL DAY 3 (CONTESTED/EVIDENCE ENTERED)

Date:   April 13, 2023

Court Time for JS10:  5hrs 27mins

Judge:  JUDGE CLAY D. LAND

Court Reporter:  Joan Drammeh

Courtroom Deputy:  Geoffery Gunn

Case Number:  4:21-cv-0134-CDL

**H AND L FARMS LLC et al**

v.

**SILICON RANCH CORPORATION et al**

Counsel:  **JIM E BUTLER, C COOPER KNOWLES, CAROLINE SCHLEY, CHARLES FREDERICK OVERBY and DAN PHILYAW**

Counsel:  **ALYCEN MOSS, DANIELLE C LE JEUNE, ANDREW D HOROWITZ, BURKE A NOBLE, CHARLES ROGERS, BRENT BEAVER, HARRY ZACK RIPPEON, JEANNE MARIE HARRISON, MARTIN A SHELTON, SARAH CARPENTER, STEVEN J STUART, COREY MENDEL, KENT T STAIR and MELISSA BAILEY**

Agents:/Experts in Attendance:   Shaun and Amie Harris, Plaintiffs.  Regan Farr, CEO of Silicon Ranch. Brian Alfredson rep for IEA, Mr. Efflon, rep for IEA.  Pat Zackary and Randy Gardener for Westwood. Kim McAillster Sara Andrews, paralegals.  Rickey Johnson and Brittney Simpson, in-house counsel.

*DISCLAIMER:  CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD.  ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

- **7:58**   Judge Land enters.  The Jury is not present.  The Court discusses matters from yesterday related to a property value objection.
- 8:06   The Jury enters.  Continued cross by Ms. Carpenter, IEA of Mr. Harris.  Exhibit P-492 Shaun Harris Affidavit and P-19 Email to Mr. Harris offered and admitted.
- 8:36   Cross from Mrs. Moss of Mr. Harris.  Exhibits offered and admitted D-S-163 Email, dtd 3/9/2021, D-S-263 Letter from SRC to Mr. Butler, dtd 5/20/2021, P-320 Email (series) dtd 4/1/2021, D-S-632 Email/Letter from Mr. Parkman, dtd 4/29/2021, D-S-633 letter, dtd 5/12/2021, D-S-634 Letter, 5/20/2021.
- 8:57   Mr. Stair with cross of Mr. Harris.
- 9:01   Redirect from Mr. Butler of Mr. Harris. Exhibits offered and admitted P-1, Email dtd 3/9/2021, P-321 Email dtd 3/9/2021, D-I-640 letter, dtd 6/16/2021, P-368 video.
- 9:50   The Jury exits for a 15 min break.
- **9:55**   10min break
- **10:06**   Judge Land and the Jury enter.  Exhibits offered and admitted P-368 and P-370 videos with no sound.
- 10:16   re-cross from Ms. Carpenter.
- Re-cross Ms. Moss.  Exhibit offered and admitted D-S-167 Land analysis report, .

- 10:27   Objection to D-S 24 that needs to be heard outside of the Jury from Mr. Butler.
- 10:28   The Jury exits. The Court rules on the objection. D-S-24 and 25 were tendered and not admitted.
- 10:40   The Jury enters. Mr. Butler, redirect on Mr. Harris.
- 10:45   The Plaintiff calls Chance Gibson (Harris' son in law), Mr. Philyaw. Exhibits offered and admitted P-580 photo of a stream coming to the lake, clear water, P-582, photo of a stream coming to the lake, muddy water, P-590 photo of a stream to the big lake, P-595 photo, P-578 aerial drone photo, P-13 aerial drone photo (angled), P-383.2 drone photo, P-653.1 drainage basin photo, P-651.1 drone photo, dtd 4/1/23, P-485.31 photo of solar panels with water near, P-650.7 drone photo of pond with sediment, P-385.2 aerial drone photo of a sediment basin (C30), dtd 4/25/21, P-635.12 drone overhead photo of a basin, dtd 3/23/23, P-649 stream photo, dtd 3/19/23,
- 11:29   Cross from Ms. Carpenter, Mr. Gibson.
- 11:35   Cross from Ms. Bailey, Mr. Gibson.
- 11:47   Re-direct from Mr. Philyaw.
- **11:50**   30 min lunch break
- **12:20**   Judge Land and the Jury enters. Exhibits P-20C, 21, 120, 121, 123C and 124C. Defendant SRC objects to these exhibits.
-    Mr. Butler calls John Thompson, SRC, Director of Business Development by video deposition. It is played from a solo monitor pointed only at the Jury. Atty Corey Mendel for Westwood departed approx. 11:30am today. She will not return today.
- 1:03   Plaintiff call James A. Allen of IEA constructors, by video deposition. Exhibits offered and admitted P-99 and 134C.
- 1:36   Mr. Philyaw calls Mr. Brian Alfredson, of IEA for cross. Exhibits offered and admitted P-30A, photo of lumpkin solar from IEA, P-154 Mr. Alfredson linkedIn page, D-97 Agreement with SRC and IEA, P-136C IEA Lumpkin Solar Facility Gannt Chart, P-262 Email.
  - **2:08**   The Jury is excused for the day. Court adjourned for the day.

2