

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION
AT COLUMBUS, GEORGIA

## MINUTE SHEET re: TRIAL DAY 4  (CONTESTED/EVIDENCE ENTERED)

| | |
|---|---|
| Date:    April 14, 2023 | Court Time for JS10:  5hrs 20mins |
| Judge:   JUDGE CLAY D. LAND | Court Reporter:  Joan Drammeh |
| Courtroom Deputy:  Geoffery Gunn | |

Case Number:    4:21-cv-0134-CDL

**H AND L FARMS LLC et al**

v.

**SILICON RANCH CORPORATION et al**

Counsel:  **JIM E BUTLER, C COOPER KNOWLES, CAROLINE SCHLEY, CHARLES FREDERICK OVERBY and DAN PHILYAW**

Counsel:  **ALYCEN MOSS, DANIELLE C LE JEUNE, ANDREW D HOROWITZ, BURKE A NOBLE, CHARLES ROGERS, BRENT BEAVER, HARRY ZACK RIPPEON, JEANNE MARIE HARRISON, MARTIN A SHELTON, SARAH CARPENTER, STEVEN J STUART, COREY MENDEL, KENT T STAIR and MELISSA BAILEY**

Agents:/Experts in Attendance:   Shaun and Amie Harris, Plaintiffs.  Regan Farr, CEO of Silicon Ranch.  Brian Alfredson rep for IEA, Mr. Efflon, rep for IEA.  Pat Zackary and Randy Gardener for Westwood.  Kim McAillster Sara Andrews, paralegals.  Rickey Johnson and Brittney Simpson, in-house counsel.

*DISCLAIMER:  CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD.  ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

- **8:01**   Judge Land and the Jury enter.  Mr. Philyaw continues with Mr. Brian Alfredson, of IEA for cross.  Exhibits offered and admitted, P-88 Corporate Disclosure Statement, P-89 IEA Constructors, LLC Legal Structure, P-655 Revised Corporate Disclosure Statement, (not admitted) ~~P-153~~ IEA Defendant's Defense and answer to Plaintiff's complaint, P-113 Contract Guarantee, P-253 Lumpkin Solar Civil Construction Plan, P-282 Authorization to Discharge document, P-206 Weekly inspection form,
- 8:51   Objection from IEA to P-206, The Jury exits.
- 8:59   The Jury enters.  P-206 is admitted.  Exhibits offered and admitted P-206A Weekly Inspection report.
- 9:17   Mr. Butler calls Reagan Farr for cross.  Exhibits offered and admitted P-41 Reagan Farr SRC website bio-without highlights, ~~P-669~~ (objection) not admitted, Property Sheet Sign-in sheet for
- **10:05**   15 min break
- **10:21**   Judge Land and the Jury enter.  Exhibits offered and admitted, P-106 Contract (objection, highlights) The Court admits the none highlighted version, P-659 2/7/23 EPD to SRC Notice of Violation and report, ~~P-205~~ (objection)not admitted, P-113 Contract Guarantee, P-67A (C) 7/3/21 John Caudill to Brad White email (objection)

- 11:41   Mr. Butler, reading of a deposition from Mr. Brad White (Mr. Philyaw will read as Brad White) with Ms. Caroline Schley.  Exhibits offered and admitted P-512 Brad White to IEA management emails, P-500 OE Employment time detail.
- **12:03**   30min Lunch break
- **12:34**   Judge Land enters.  The Jury is not present.  The court takes up exhibits.  The Court admits exhibits P-206, P-503, P-504, P-505, P-506, P-508
- 12:50   The Jury enters.
- 12:58   Plaintiff call Ms. Stacy Mote, Mr. Butler.  Exhibits offered and admitted P-479.24 photo dtd 11/16/21, P-497.64 photo dtd 4/14/22,
- 2:04   The Jury is excused for the rest of the week.  Court will resume Monday at 9:30am to 6pm.  Tuesday will also be 9:30 am to 6pm.  Wednesday will resume the 8am to 2pm schedule.
- 2:20
- 2:08   The Jury is excused for the day.  Court adjourned for the day.