IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION
AT COLUMBUS, GEORGIA



# MINUTE SHEET re: TRIAL DAY 5  (CONTESTED/EVIDENCE ENTERED)

| | |
|---|---|
| Date:   April 17, 2023 | Court Time for JS10:  6 hrs 15 mins |
| Judge:   JUDGE CLAY D. LAND | Court Reporter:  Joan Drammeh |
| Courtroom Deputy:   Elizabeth S. Long | |

Case Number:   4:21-cv-0134-CDL

**H AND L FARMS LLC, et al.,**

v.

**SILICON RANCH CORPORATION, et al.,**

Counsel:  **JIM E BUTLER, C COOPER KNOWLES, CAROLINE SCHLEY, CHARLES FREDERICK OVERBY and DAN PHILYAW**

Counsel:  **ALYCEN MOSS, DANIELLE C LE JEUNE, ANDREW D HOROWITZ, BURKE A NOBLE, CHARLES ROGERS, BRENT BEAVER, HARRY ZACK RIPPEON, JEANNE MARIE HARRISON, MARTIN A SHELTON, SARAH CARPENTER, STEVEN J STUART, COREY MENDEL, KENT T STAIR and MELISSA BAILEY**

Agents:/Experts in Attendance:   Shaun and Amie Harris, Plaintiffs.  Regan Farr, CEO of Silicon Ranch. Brian Alfredson rep for IEA, Mr. Efflon, rep for IEA.  Pat Zackary and Randy Gardener for Westwood. Kim McAillster Sara Andrews, paralegals.  Rickey Johnson and Brittney Simpson, in-house counsel.

*DISCLAIMER:   CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD.  ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

---

| | |
|---|---|
| 9:30 am | Enter Judge Land |
| | Discussion outside the presence of the jury |
| 9:40 am | Enter jury; resume direct examination of Ms. Mote by Mr. Butler |
| | Discussion re: P 206A (already in evidence) |
| 9:47 am | FTR Gold initiated |

Tendered P 477 – <u>Not admitted</u> / objection sustained
P 671 – Admitted (excerpt photos from 11/30/21 Consolidated Resources LLC expert report – ONLY pgs. 71, 79 and 210)
P 656 – Admitted (map of basins)
P 400 – Admitted (4/14/22 inspection site photo)
DX 520 – Admitted (civil construction plan – IFC)

|   |   |
|---|---|
|   | Demonstrative Exhibits shown to jury (three containers of liquid to illustrate NTU / turbidity / sediment) |
|   | |
|   | P 665 – Admitted (Consolidated Resource Report - summary table 2) |
|   | P 657 – Admitted (hurricane list) |
|   | P 664 – Admitted (Consolidated Resource Report - rainfall summary table 1) |
|   | |
|   | Reference made to the following exhibits: |
|   | DX 309 (previously admitted) |
|   | P 658 (not in evidence) |
|   | P 651 (P 651.1, P 651.4, P 651.14 and P 651.15 previously admitted) |
|   | P 654 (P 654.7 previously admitted) |
|   | P 661 (P 661.1 and P 661.2 previously admitted) |
| 11:07 am | 15 minute break |
| 11:23 am | Enter Judge Land |
| 11:25 am | Enter jury |
|   | |
|   | Cross-examination of Ms. Mote by Mr. Stuart o/b/o IEA defendants |
|   | DX 9 – Admitted (Dept of Army ltr) |
|   | DX 5 – Tendered but <u>Not Admitted</u> (objection sustained) |
|   | P 433 – Admitted (site inspection photo) |
|   | DX 140 – Admitted (basin location map) – initially not admitted, but later re-tendered and admitted |
|   | |
|   | Cross-examination of Ms. Mote by Ms. Moss o/b/o Silicon Ranch |
|   | DX 309 – Admitted (drone footage) |
|   | |
|   | Cross-examination of Ms. Mote by Ms. Bailey o/b/o Westwood |
|   | P 479.32 – Admitted (photo takes by Ms. Moss) |
|   | P 479.35 – Admitted (photo taken by Ms. Moss) |
|   | DW 168 – Admitted (daily inspections) |
| 1:05 pm | Lunch break (1 hour and 10 minutes – recess until 2:15 pm) |
| 2:15 pm | Court resumed in session |
|   | |
|   | Re-direct of Ms. Mote by Mr. Butler |
| 2:44 pm | Re-cross by Mr. Stuart |
|   | DX 180 – Admitted (DNR ltr to Westwood re: disturbance of >50 acres) |
| 2:58 pm | No re-cross by Silicon Ranch |
|   | |
|   | Re-cross by Ms. Bailey |
| 3:02 pm | Plaintiffs call Joseph Ridley for cross-examination, conducted by Mr. Philyaw |
|   | P 612C - Admitted |
|   | P 318 – Admitted with no sound (Joe Ridley video 173559) |
|   | P 316 – Admitted with no sound (Joe Ridley video 172705) |
|   | DW 34 – Admitted with no sound (Joe Ridley video) |

| | |
|---|---|
| 3:39 pm | 15 minute break |
| 3:56 pm | Court resumed in session |
| | Plaintiffs call Lee Walters as next witness, direct conducted by Mr. Butler |
| 4:14 pm | Cross-examination of Mr. Walters by Ms. Moss o/b/o Silicon Ranch |
| 4:24 pm | Cross-examination of Mr. Walters by Ms. Mendel o/b/o Westwood |
| 4:25 pm | Re-direct of Mr. Walters by Mr. Butler |
| 4:31 pm | Plaintiffs call Dr. Brian Wellington (civil engineer) as next witness, direct conducted by Mr. Philyaw – qualified as an expert witness |
| | P 485.6 – Admitted (photo by Dr. Wellington) |
| | DX 119 – Admitted (preliminary hydrology study) |
| | DX 277 – Admitted (hydrology study) |
| | DX 120 – Admitted (preliminary stormwater mgmt. report) |
| | DX 357 – Admitted (final stormwater mgmt. report) |
| | P 673 – Admitted (excerpts from Dr. Wellington's Report - ONLY Tables 1, 2, 3, 4 and Figure 8) |
| 5:30 pm | Court in recess until 9:30 am, Tuesday, April 18, 2023 |