IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION
AT COLUMBUS, GEORGIA



# MINUTE SHEET re: TRIAL DAY 10  (CONTESTED/EVIDENCE ENTERED)

Date:   April 24, 2023                                Court Time for JS10:  6hrs 42mins

Judge:   JUDGE CLAY D. LAND                           Court Reporter:  Joan Drammeh

Courtroom Deputy:   Geoffery Gunn

Case Number:   4:21-cv-0134-CDL

**H AND L FARMS LLC et al**

v.

**SILICON RANCH CORPORATION et al**

Counsel:  **JIM E BUTLER, C COOPER KNOWLES, CAROLINE SCHLEY, CHARLES FREDERICK OVERBY and DAN PHILYAW**

Counsel:  **ALYCEN MOSS, DANIELLE C LE JEUNE, ANDREW D HOROWITZ, BURKE A NOBLE, CHARLES ROGERS, BRENT BEAVER, HARRY ZACK RIPPEON, JEANNE MARIE HARRISON, MARTIN A SHELTON, SARAH CARPENTER, STEVEN J STUART, COREY MENDEL, KENT T STAIR and MELISSA BAILEY**

Agents:/Experts in Attendance:   Shaun and Amie Harris, Plaintiffs.  Regan Farr, CEO of Silicon Ranch. Brian Alfredson rep for IEA, Mr. Efflon, rep for IEA.  Pat Zackary and Randy Gardener for Westwood. Kim McAllister Sara Andrews, paralegals.  Rickey Johnson and Brittney Simpson, in-house counsel.

*DISCLAIMER:   CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD.   ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

- **7:58**am Judge Land and discusses matters with the parties.  The Jury is not present.
  - 8:12   The Jury enters.
    Ms. Moss, Silicon Ranch rest,
  - -   Ms. Carpenter, calls Dan Bontrager.
    P11 admitted drone photo of basin
    DX 607A admitted email with photos, dtd March 5, 2021
    DX 128 admitted Plan of the Day for IEA
    DX 153 admitted Plan of the Day for IEA, dtd 3/1/2021
    DX 668 admitted Lumpkin Solar Civil construction plan
    DX 140 admitted
    DX 21 admitted

- **9:37**   15 min break
- **9:52**   Judge Land enters

       Mr. Stair, cross on Dan Bontrager
       DW 232 admitted Lumpkin Solar Civil construction plan
       DW 233 admitted Lumpkin Solar Civil construction plan 90%
       DW 600A admitted Email re: basin drain areas

10:56  Mr. Philyaw with cross.
       ~~DX 197 NOT admitted~~ Linkedin profile for IEA
       DX 159 admitted email
       DX 607 admitted email re third party cleaning
       DX 204 admitted Plan of the Day for IEA, dtd 4/1/2021

11:36  Redirect from Ms. Carpenter.
11:45  re-cross Mr. Stair
**11:45**  30 min lunch break

**12:15**  Judge Land and the Jury enters.
-      Ms. Carpenter calls James Allen.
       DX 237 admitted Plan of the Day for IEA, dtd 5/1/2021
       DX 268 admitted Plan of the Day for IEA, dtd 6/1/2021
       DX 302 admitted Plan of the Day for IEA, dtd 7/1/2021
       DX 361 admitted Plan of the Day for IEA, dtd 8/1/2021
       DW 170 admitted Monthly inspection reports
       DX 187 admitted Weekly Inspection reports
       DX 102 admitted daily rain fall log
       DW 198 admitted Lumpkin ESPC Plan amendments and updates
       P 496.5 admitted drone photo of basin 30B
       DX 639 admitted ESA Work Authorization, dtd 6/8/2021
       DX 738 admitted email to Mr. Allen re: final basin and rock spillway 6/3/2021
       DX 363 admitted letter Compliance Notice from the State of GA, dtd 8/5/2021

1:28   Cross from Mr. Stair.
**2:09**  15 min break
**2:25**  Judge Land and the Jury enter.
       DW 189 admitted email re: Lumpkin drone topo Region 2, dtd 4/12/2021
       DW 190 admitted email re: Lumpkin site visit, dtd 4/12/2021
       DW 247 admitted email re: Lumpkin updates, dtd 6/30/2021
       DW 204 admitted email re: Lumpkin CO#1, dtd 7/16/2021
       DW 207 admitted email re: Lumpkin additional rock filter, dtd 7/21/2021

3:12   Mr. Philyaw on cross with Mr. Allen.
       P 197 admitted IEA's linkedIn page
       P 263 admitted Offer of employment with IEA to Mr. Allen
       P 265 admitted Resignation letter from Mr. Allen to IEA
       P 251 admitted ESA work authorization contract

**3:41**  Adjourned for the day.