IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

H&L FARMS LLC, SHAUN HARRIS, and    *
AMIE HARRIS,
                                    *
     Plaintiffs,
                                    *
vs.                                       CASE NO. 4:21-CV-134 (CDL)
                                    *
SILICON RANCH CORPORATION, *et al.*,
                                    *
     Defendants.
                                    *
_____

O R D E R

Chris Hanson, an officer of Infrastructure and Energy Alternatives, Inc. ("IEA, Inc."), was called as a trial witness by counsel for IEA, Inc.  During his testimony, Mr. Hanson testified that he had read reports by IEA, Inc.'s in-house counsel of witness testimony during the trial.  If Mr. Hanson reviewed reports of evidence that was presented during the trial prior to his testimony, this conduct would be in violation of the Court's order for the sequestration of witnesses during the trial.  To determine whether a violation of the Court's order occurred, the Court orders IEA, Inc. to produce for the Court's in-camera review any reports, emails, or other communications describing and/or summarizing any evidence presented during the trial which were reviewed by and/or copied to Mr. Hanson from the date that the rule of sequestration was invoked through the end of Mr. Hanson's testimony.  These materials shall be produced within fourteen days of today's order.

IT IS SO ORDERED, this 28th day of April, 2023.

S/Clay D. Land
_____
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA