UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

H & L FARMS, LLC, SHAUN HARRIS,
and AMIE HARRIS,

    Plaintiffs,

vs.                                CASE NO. 4:21-CV-134 (CDL)

SILICON RANCH CORPORATION,
SR LUMPKIN, LLC, INFRASTRUCTURE
AND ENERGY ALTERNATIVES, INC., IEA
CONSTRUCTORS, LLC, and WESTWOOD
PROFESSIONAL SERVICES, INC.,

    Defendants.

---

### WRITTEN QUESTIONS TO THE JURY AND VERDICT

## Section A: Liability

### Nuisance

1. Do you find by a preponderance of the evidence that Silicon Ranch Corporation created, contributed to, or maintained a nuisance that caused injury to Plaintiffs?

                Answer Yes or No    ___yes___

2. Do you find by a preponderance of the evidence that SR Lumpkin, LLC created, contributed to, or maintained a nuisance that caused injury to Plaintiffs?

                Answer Yes or No    ___NO___

1

3. Do you find by a preponderance of the evidence that Infrastructure and Energy Alternatives, Inc. created, contributed to, or maintained a nuisance that caused injury to Plaintiffs?

    Answer Yes or No      yes

4. Do you find by a preponderance of the evidence that IEA Constructors, LLC created, contributed to, or maintained a nuisance that caused injury to Plaintiffs?

    Answer Yes or No      yes

5. Do you find by a preponderance of the evidence that Westwood Professional Services, Inc. created, contributed to, or maintained a nuisance that caused injury to Plaintiffs?

    Answer Yes or No      NO

**Trespass**

6. Do you find by a preponderance of the evidence that Silicon Ranch Corporation trespassed onto Plaintiffs' property and caused injury to Plaintiffs?

    Answer Yes or No      yes

7. Do you find by a preponderance of the evidence that SR Lumpkin, LLC trespassed onto Plaintiffs' property and caused injury to Plaintiffs?

    Answer Yes or No      NO

8. Do you find by a preponderance of the evidence that Infrastructure and Energy Alternatives, Inc. trespassed onto Plaintiffs' property and caused injury to Plaintiffs?

   Answer Yes or No      yes

9. Do you find by a preponderance of the evidence that IEA Constructors, LLC trespassed onto Plaintiffs' property and caused injury to Plaintiffs?

   Answer Yes or No      yes

10. Do you find by a preponderance of the evidence that Westwood Professional Services, Inc. trespassed onto Plaintiffs' property and caused injury to Plaintiffs?

    Answer Yes or No      NO

**Negligence**

11. Do you find by a preponderance of the evidence that Silicon Ranch Corporation committed negligence that caused injury to Plaintiffs?

    Answer Yes or No      yes

12. Do you find by a preponderance of the evidence that SR Lumpkin, LLC committed negligence that caused injury to Plaintiffs?

    Answer Yes or No      NO

13. Do you find by a preponderance of the evidence that Infrastructure and Energy Alternatives, Inc. committed negligence that caused injury to Plaintiffs?

        Answer Yes or No     yes

14. Do you find by a preponderance of the evidence that IEA Constructors, LLC committed negligence that caused injury to Plaintiffs?

        Answer Yes or No     yes

**Professional Negligence**

15. Do you find by a preponderance of the evidence that Westwood Professional Services, Inc. committed professional negligence that caused injury to Plaintiffs?

        Answer Yes or No     NO

*If you answered "Yes" to any of the Questions # 1-15, please go to Question # 16.*

*If you answered "No" to all of the preceding questions, then your deliberations are concluded and your foreperson should sign and date the last page of this verdict form.*

*Go to the next page.*

## Section B: Damages:

*Complete this section if you answered "Yes" to any of the questions # 1-15.*

**Compensatory Damages**

16. Do you award compensatory damages for loss of use and enjoyment of the property to Shaun Harris?

>  Answer Yes or No     *yes*
>
> If your answer is "Yes,"
> in what amount?     $ *4.5 million*

If you awarded damages, check the Defendants below against whom you award these damages, which damages will be apportioned among the Defendants you check based on the percentages of fault that you find in the Apportionment of Fault section starting on page 9:

> Silicon Ranch Corporation: ✓
>
> SR Lumpkin, LLC: _____
>
> Infrastructure and Energy Alternatives, Inc. ✓
>
> IEA Constructors, LLC ✓
>
> Westwood Professional Services, Inc. _____

*Go to the next page.*

17. Do you award compensatory damages for loss of use and enjoyment of the property to Amie Harris?

        Answer Yes or No     __yes__

        If your answer is "Yes,"
in what amount?     $ __4.5 million__

If you awarded damages, check the Defendants below against whom you award these damages, which damages will be apportioned among the Defendants you check based on the percentages of fault that you find in the Apportionment of Fault section starting on page 9:

    Silicon Ranch Corporation: __✓__

    SR Lumpkin, LLC: _____

    Infrastructure and Energy Alternatives, Inc. __✓__

    IEA Constructors, LLC __✓__

    Westwood Professional Services, Inc. _____

*Go to the next page.*

18. Do you award damages for cost to repair to H&L Farms, LLC?

    Answer Yes or No         yes

    If your answer is "Yes,"
    in what amount?       $ 1.5 million

If you awarded damages, check the Defendants below against whom you award these damages, which damages will be apportioned among the Defendants you check based on the percentages of fault that you find in the Apportionment of Fault section starting on page 8:

    Silicon Ranch Corporation: ✓

    SR Lumpkin, LLC: _____

    Infrastructure and Energy Alternatives, Inc. ✓

    IEA Constructors, LLC ✓

    Westwood Professional Services, Inc. _____

*If you awarded any compensatory damages in response to Question # 16-18, go to Question # 19.*
*If you did not award any compensatory damages, then your deliberations are concluded and your foreperson should sign and date the last page of this verdict form.*

**Apportionment of Fault**

19. Assign the percentage of fault you find by a preponderance of the evidence for each Defendant whose conduct proximately caused injury to Plaintiffs. If you find that an entity is not at fault or did not contribute to Plaintiffs' alleged injury, enter 0% for that entity. Your total should add up to 100%.

    (A)    Silicon Ranch Corporation: _30_ %

    (B)    SR Lumpkin, LLC: _0_ %

    (C)    Infrastructure and Energy Alternatives, Inc. _40_ %

    (D)    IEA Constructors, LLC _30_ %

    (E)    Westwood Professional Services, Inc. _0_ %

20. If you found that Westwood Professional Services, Inc. was professionally negligent and you assigned any fault to Westwood Professional Services, Inc., please answer Questions # 20(a) and 20(b):

    a. Do you find by a preponderance of the evidence that Westwood's professional negligence proximately caused a violation of the NPDES Permit by Infrastructure and Energy Alternatives, Inc that caused damage to the Plaintiffs?

                Answer Yes or No    _____

b. Do you find by a preponderance of the evidence that Westwood's professional negligence proximately caused a violation of the NPDES Permit by IEA Constructors, LLC that caused damage to the Plaintiffs?

Answer Yes or No  _____

21. If you found that Infrastructure and Energy Alternatives, Inc. was negligent and you assigned any fault to Infrastructure and Energy Alternatives, Inc., please answer the following question:

Do you find by a preponderance of the evidence that Infrastructure and Energy Alternatives, Inc.'s negligence proximately caused a violation of the NPDES Permit by Silicon Ranch Corporation that caused damage to the Plaintiffs?

Answer Yes or No  ____yes____

22. If you found that IEA Constructors, LLC was negligent and you assigned any fault to IEA Constructors, LLC, please answer the following question:

Do you find by a preponderance of the evidence that IEA Constructors, LLC's negligence proximately caused a violation of the NPDES Permit by Silicon Ranch Corporation that caused damage to the Plaintiffs?

Answer Yes or No  ____yes____

**Punitive Damages**

23. Do you find by clear and convincing evidence that punitive damages should be assessed against Silicon Ranch Corporation?

    Answer Yes or No    _yes_

24. Do you find by clear and convincing evidence that punitive damages should be assessed against SR Lumpkin, LLC?

    Answer Yes or No    _NO_

25. Do you find by clear and convincing evidence that punitive damages should be assessed against Infrastructure and Energy Alternatives, Inc.?

    Answer Yes or No    _yes_

26. Do you find by clear and convincing evidence that punitive damages should be assessed against IEA Constructors, LLC?

    Answer Yes or No    _yes_

SO SAY WE ALL.

_____
Foreperson's Signature

DATE: _4/28/23_

10