UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

H & L FARMS, LLC, SHAUN HARRIS,
and AMIE HARRIS,

    Plaintiffs,

vs.                                                           CASE NO. 4:21-CV-134 (CDL)

SILICON RANCH CORPORATION,
SR LUMPKIN, LLC, INFRASTRUCTURE
AND ENERGY ALTERNATIVES, INC., IEA
CONSTRUCTORS, LLC, and WESTWOOD
PROFESSIONAL SERVICES, INC.,

    Defendants.

**WRITTEN QUESTIONS TO THE JURY AND VERDICT: PHASE II**

1. We award punitive damages to Plaintiffs and against Silicon Ranch Corporation in the amount of:

    *$25 Million*

2. Do you find by clear and convincing evidence that Silicon Ranch Corporation acted with the specific intent to cause harm to Plaintiffs?

    Answer Yes or No    *yes*

3. We award punitive damages to Plaintiffs and against Infrastructure and Energy Alternatives, Inc. in the amount of:

   $50 Million

4. Do you find by clear and convincing evidence that Infrastructure and Energy Alternatives, Inc. acted with the specific intent to cause harm to Plaintiffs?

   Answer Yes or No    yes

5. We award punitive damages to Plaintiffs and against IEA Constructors, LLC in the amount of:

   $50 Million

6. Do you find by clear and convincing evidence that IEA Constructors, LLC acted with the specific intent to cause harm to Plaintiffs?

   Answer Yes or No    yes

SO SAY WE ALL.

[signature redacted]
Foreperson's Signature

DATE: 4/28/23