```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF GEORGIA
                          COLUMBUS DIVISION

H&L FARMS LLC, SHAUN HARRIS, and  *
AMIE HARRIS,
                                  *
     Plaintiffs,
                                  *
vs.
                                  *
SILICON RANCH CORPORATION,             CASE NO. 4:21-CV-134 (CDL)
SR LUMPKIN, LLC, INFRASTRUCTURE   *
AND ENERGY ALTERNATIVES, INC., IEA
CONSTRUCTORS, LLC, and WESTWOOD   *
PROFESSIONAL SERVICES, INC.,
                                  *
     Defendants.
                                  *
```

O R D E R

Counsel for Defendants Infrastructure and Energy Alternatives, Inc. and IEA Constructors, LLC acknowledge that their clients violated the Court's order of sequestration in the recently completed trial. *See* Notice ¶ 3 (May 9, 2023), ECF No. 287; *accord* Effland Aff. ¶¶ 10, 12-13, 15, 20 (acknowledging that IEA/IEAC in-house counsel sent daily trial updates to Chris Hanson, who later testified as a witness for IEA/IEAC). Because the trial has been completed and the jury verdict confirms that the violation caused no prejudice to Plaintiffs, the available remedies for such violation are limited. A civil contempt citation would not be applicable because there is no need to coerce conduct given that the conduct has occurred. *See Int'l Union, United Mine Workers of Am. v. Bagwell*, 512 U.S. 821, 827 (1994) (explaining that a civil

contempt sanction is remedial, designed to compel future compliance with a court order). And the Court does not wish to burden the United States Attorney with a criminal contempt referral given that office's limited resources and higher priorities. Accordingly, the Court admonishes Matthew S. Effland, in-house counsel for IEA and IEAC, for disobeying the Court's sequestration order.

    IT IS SO ORDERED, this 11th day of May, 2023.

                                      S/Clay D. Land
                                      CLAY D. LAND
                                      U.S. DISTRICT COURT JUDGE
                                      MIDDLE DISTRICT OF GEORGIA