```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF GEORGIA
                  COLUMBUS DIVISION
```

H&L FARMS LLC, SHAUN HARRIS, and  *
AMIE HARRIS,
                                  *
    Plaintiffs,
                                  *
vs.
                                  *
SILICON RANCH CORPORATION,            CASE NO. 4:21-CV-134 (CDL)
SR LUMPKIN, LLC, INFRASTRUCTURE   *
AND ENERGY ALTERNATIVES, INC., and
IEA CONSTRUCTORS, LLC             *
,
                                  *
    Defendants.
                                  *

## O R D E R

In accordance with Section 4 of the Court's Injunction Order (ECF No. 318), the parties agreed on an engineer to serve as Special Master in this action, and they filed a joint motion for that engineer to be appointed as Special Master. The motion (ECF No. 345) is granted, and the Court hereby appoints Dan Wallace of Triple Point Engineering in Macon, Georgia to be the Special Master in this action. The Clerk is instructed to send a copy of this Order and the Injunction Order (ECF No. 318) to Mr. Wallace at the following address.

    Dan Wallace, P.E.
    Triple Point Engineering, Inc.
    5223 Riverside Drive, Suite 101
    Macon, Georgia 31210

The Clerk shall also assist Mr. Wallace (phone: 478-476-0700) in setting up a CM/ECF account so that he may submit reports to the Court.

Within fourteen days of today's order, counsel for the parties shall schedule a telephone conference with Mr. Wallace to review the Special Master's duties, outline their common understanding of his role, and discuss any questions Mr. Wallace has about serving as Special Master. Within seven days of that telephone conference, counsel shall notify the Court that the conference was conducted, so that the Court may then make contact with Mr. Wallace ex parte to address any concerns he may have.

IT IS SO ORDERED, this 11th day of July, 2023.

> S/Clay D. Land
> CLAY D. LAND
> U.S. DISTRICT COURT JUDGE
> MIDDLE DISTRICT OF GEORGIA