IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

H&L FARMS LLC, SHAUN HARRIS, and *
AMIE HARRIS,
                                   *
        Plaintiffs,
                                   *
vs.                                          CASE NO. 4:21-CV-134 (CDL)
                                   *
SILICON RANCH CORPORATION, *et al.*,
                                   *
        Defendants.
                                   *

O R D E R

Plaintiffs notified the Court that they reject the Court's remitted damages amounts.  Therefore, as previously explained in the Court's October 23, 2023 Order (ECF No. 371), the Court grants a new trial on compensatory and punitive damages.  Accordingly, the Judgment dated May 3, 2023 (ECF No. 286) is hereby VACATED, and this action shall be reopened.  The Injunction (ECF No. 318) remains in effect.  In accordance with the Court's text order entered December 14, 2023 (ECF No. 387), the parties must confer in good faith by January 23, 2024 to develop an amended scheduling order, and the joint proposed amended scheduling order is due within twenty-one days of that good faith conference.

IT IS SO ORDERED, this 12th day of January, 2024.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA