# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| H & L FARMS, LLC; <br> SHAUN HARRIS and AMIE HARRIS, <br><br> Plaintiffs, <br><br> v. <br><br> SILICON RANCH CORPORATION; <br> SR LUMPKIN, LLC; INFRASTRUCTURE <br> AND ENERGY ALTERNATIVES, INC.; <br> IEA CONSTRUCTORS, LLC; and, <br> WESTWOOD PROFESSIONAL <br> SERVICES, INC., <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 4:21-CV-00134-CDL |

## FIRST AMENDMENT TO PLAINTIFFS' COMPLAINT

Plaintiffs amend their Complaint as follows:

### I.     THE FACTS

Plaintiffs add the following paragraphs to Section II of their Complaint, which begins at Doc. 1, page 9:

114(a).  The SRC and IEA defendants intentionally created a nuisance and repeatedly trespassed upon Plaintiffs' property.

114(b). The SRC and IEA defendants' intentional, repeated misconduct caused Plaintiffs to suffer pecuniary harm in that Plaintiffs were forced to spend money monitoring the damage to their lake, were forced to spend money paying expert consultants to advise them as to the extent of the damage, and will be forced to spend substantial money to repair their property if and when defendants finally cease the repeated trespasses to Plaintiffs and their property.

### II.    DAMAGES

Plaintiffs add the following paragraphs to Section V of their Complaint, which begins at Doc. 1, page 61:

214(a). The SRC and IEA defendants' intentional misconduct and pecuniary harms have caused Plaintiffs to suffer mental and emotional distress, as Plaintiffs have and will suffer such distress worrying about the diminished value to their property and whether the defendants will ever stop the damage to their property.

214(b). The SRC and IEA defendants' intentional, repeated misconduct directly and proximately caused Plaintiffs to suffer prolonged mental and emotional distress since April 2021.

### III.   PRAYERS FOR RELIEF

Plaintiffs add the following subparagraph to their Prayers for Relief, which begin in Doc. 1 at page 89:

(e 2). That Plaintiffs have and recover from defendants all damages compensable under Georgia law for the mental and emotional distress Plaintiffs have endured that was caused and continues to be caused by the nuisance created by the defendants' and the defendants' repeated trespasses upon the Plaintiffs' property.

Respectfully submitted, this 4th day of January, 2024.

/s/ James E. Butler, Jr.
JAMES E. BUTLER, JR.
Georgia Bar No. 099625
jim@butlerprather.com
DANIEL E. PHILYAW
Georgia Bar No. 877765
dan@butlerprather.com
CAROLINE W. SCHLEY
Georgia Bar No. 511349
caroline@butlerprather.com
BUTLER PRATHER LLP
105 13th Street
Post Office Box 2766

Columbus, GA 31902
T: (706) 322-1990 F: (706) 323-2962

C. COOPER KNOWLES
Georgia Bar No. 426699
cknowles@cckfirm.com
LAW OFFICE OF C. COOPER KNOWLES, LLC
750 Hammond Drive
Building 12, Suite 200
Sandy Springs, GA 30328
T: (770) 668-2081

MICHAEL B. TERRY
terry@bmelaw.com
Georgia Bar No. 702582
FRANK M. LOWREY
lowrey@bmelaw.com
Georgia Bar No. 410310
BONDURANT MIXSON & ELMORE
1201 W. Peachtree Street NW
Suite 3900
Atlanta, GA 30309
T: (404) 881-4100

**ATTORNEYS FOR PLAINTIFFS**