# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| H & L FARMS, LLC; SHAUN HARRIS and AMIE HARRIS, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| SILICON RANCH CORPORATION; SR LUMPKIN, LLC; INFRASTRUCTURE AND ENERGY ALTERNATIVES, INC.; IEA CONSTRUCTORS, LLC; and WESTWOOD PROFESSIONAL SERVICES, INC., | )<br>)  Civil Action No.: 4:21-cv-00134-CDL<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## INFRASTRUCTURE AND ENERGY ALTERNATIVES, INC. AND IEA CONSTRUCTORS, LLC'S NOTICE OF APPORTIONMENT OF NONPARTY FAULT PURSUANT TO O.C.G.A. § 51-12-33

Defendants Infrastructure and Energy Alternatives, Inc. and IEA Constructors, LLC ("IEA Defendants") hereby file this Notice of Apportionment of Fault Pursuant to O.C.G.A. § 51-12-33(d) that Westwood Professional Services, Inc. ("Westwood") is wholly or partially at fault for alleged injuries or damages allegedly

suffered by Plaintiffs since April 28, 2023 (the date of the first jury trial's verdict).[1] This Notice is filed not later than 120 days prior to the date of trial.

The nonparty that is wholly or partially at fault for causing or contributing to the alleged injuries or damages to Plaintiffs is Westwood. The last known headquarters address of Westwood is 2805 Dallas Parkway, Suite 150 Plano, TX 75093. A list of current Westwood addresses is available at https://westwoodps.com/about-us/offices.

As required by O.C.G.A. § 51-12-33(d), the basis of Westwood's fault is the following: Westwood designed the initial storm water management plans for the Lumpkin, Stewart County, Georgia solar site ("Solar Site") owned by SRC and at issue in this case. The Westwood plans for the Solar Site were negligently designed. Westwood's plans for the Solar Site were replaced in 2023 with a new design by Long Engineering, n/k/a/ Atlas Technical Consultants LLC ("Atlas"). During the first trial in this case, in which a jury found Westwood not liable for claims asserted by Plaintiffs, the evidence of the Atlas redesign of the Westwood plans was limited. In the upcoming trial and in connection with Plaintiffs' claims for injuries to their mental health and property since April 28, 2023, including as set forth in First

---

[1] The jury found against Plaintiffs on their claims against Westwood Professional Services, Inc. and SR Lumpkin, LLC. The only remaining Defendants are Silicon Ranch Corporation ("SRC"), Infrastructure and Energy Alternatives, Inc., and IEA Constructors, LLC (Dkt. 450).

Amendment to Plaintiffs' Complaint (Dkt. 416), the new jury will consider evidence of Westwood's fault and of the Atlas redesign. After the Atlas design replaced Westwood's design, the Solar Site has experienced significant improvement in erosion and stormwater control by addressing the problems associated with the Westwood design. However, there are still potential lingering effects of the Westwood design, which relied on water sheet flow and basins that were significantly undersized. Expert testimony is also available that demonstrates that Westwood's plans constituted a breach of the standard of care and contributed to the injuries and damages Plaintiffs allegedly have suffered.

Pursuant to O.C.G.A. § 51-12-33(d), IEA Defendants hereby give notice that IEA Defendants intend to have Westwood placed on the verdict form so that fault may be apportioned to Westwood for its acts or omissions that caused or contributed to the alleged injuries and damages suffered by Plaintiffs on claims for which liability against Defendants has not been established.

Dated: December 9, 2024

| **Smith, Currie & Hancock LLP** | **TROUTMAN PEPPER HAMILTON SANDERS LLP** |
|---|---|
| */s/ Charles E. Rogers* <br> Charles E. Rogers, Georgia Bar No. 612175 <br> Steven J. Stuart, Georgia Bar No. 471741 <br> Sarah K. Carpenter, *Pro Hac Vice* <br> Suite 2700, Marquis One Tower | */s/ Charles E. Peeler* <br> Charles E. Peeler, Georgia Bar No. 570399 <br> Jill C. Kuhn, Georgia Bar No. 648990 <br> Alexander J. Hill, Georgia Bar No. 516471 |

3

| | |
|---|---|
| 245 Peachtree Center Avenue N.E. | 600 Peachtree Street, NE, Suite 3000 |
| Atlanta, Georgia 30303-1227 | Atlanta, Georgia 30308 |
| Telephone: 404-521-3800 | Telephone:  (404) 885-3000 |
| Facsimile: 404-688-0671 | Facsimile:   (404) 885-3900 |
| cerogers@smithcurrie.com | charles.peeler@troutman.com |
| sjstuart@smithcurrie.com | jill.kuhn@troutman.com |
| skcarpenter@smithcurrie.com | alex.hill@troutman.com |

*Attorneys for Defendants Infrastructure and Energy Alternatives, Inc. and IEA Constructors, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the within and foregoing INFRASTRUCTURE AND ENERGY ALTERNATIVES, INC.'S AND IEA CONSTRUCTORS, LLC'S NOTICE OF APPORTIONMENT OF NONPARTY FAULT PURSUANT TO O.C.G.A. § 51-12-33 was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of such filing to all counsel of record.

This the 9th day December, 2024.

*/s/ Charles E. Peeler*
Charles E. Peeler, Georgia Bar No. 570399
*Counsel for Defendants Infrastructure and Energy Alternatives, Inc. and IEA Constructors, LLC*