# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| H & L FARMS, LLC; * | |
| SHAUN HARRIS and AMIE HARRIS, * | |
| * | |
| Plaintiffs, * | |
| * | CIVIL ACTION FILE |
| v. * | |
| * | NO. 4:21-CV-00134-CDL |
| SILICON RANCH CORPORATION; * | |
| SR LUMPKIN, LLC; INFRASTRUCTURE * | |
| AND ENERGY ALTERNATIVES, INC.; * | |
| IEA CONSTRUCTORS, LLC; and, * | |
| WESTWOOD PROFESSIONAL * | |
| SERVICES, INC., * | |
| * | |
| Defendants. * | |

## NOTICE OF SETTLEMENT AGREEMENT

Plaintiffs H&L Farms, LLC, Shaun Harris, and Amie Harris hereby notify the Court that Plaintiffs and Defendants Silicon Ranch Corporation, SR Lumpkin, LLC, Infrastructure and Energy Alternatives, Inc., and IEA Constructors, LLC have reached a settlement agreement. Once the parties perform their obligations under the settlement agreement (which should take no more than 65 days), Plaintiffs will file a motion to dismiss their Complaint with prejudice.[1]

Respectfully submitted, this 9th day of January, 2025.

/s/ James E. Butler, Jr.
JAMES E. BUTLER, JR.
Georgia Bar No. 099625
jim@butlerprather.com
DANIEL E. PHILYAW
Georgia Bar No. 877765
dan@butlerprather.com
CAROLINE W. SCHLEY
Georgia Bar No. 511349

---

[1] Judgment was previously entered in favor of Defendant Westwood Professional Services, Inc. (Doc. 286).

1

caroline@butlerprather.com
BUTLER PRATHER LLP
105 13th Street
Post Office Box 2766
Columbus, GA 31902
T:  (706) 322-1990 F:  (706) 323-2962

C. COOPER KNOWLES
Georgia Bar No. 426699
cknowles@cckfirm.com
LAW OFFICE OF C. COOPER KNOWLES, LLC
750 Hammond Drive
Building 12, Suite 200
Sandy Springs, GA 30328
T:  (770) 668-2081

MICHAEL B. TERRY
Georgia Bar No. 702582
terry@bmelaw.com
FRANK M. LOWREY
Georgia Bar No. 410310
lowrey@bmelaw.com
BONDURANT MIXSON & ELMORE
1201 W. Peachtree Street NW, Suite 3900
Atlanta, GA 30309

**ATTORNEYS FOR PLAINTIFFS**