IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| H & L FARMS, LLC; <br> SHAUN HARRIS and AMIE HARRIS, <br><br> Plaintiffs, <br><br> v. <br><br> SILICON RANCH CORPORATION; <br> SR LUMPKIN, LLC; <br> INFRASTRUCTURE AND ENERGY <br> ALTERNATIVES, INC.; IEA <br> CONSTRUCTORS, LLC; and, <br> WESTWOOD PROFESSIONAL <br> SERVICES, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CIVIL ACTION FILE <br><br> NO. 4:21-CV-00134-CDL |

**ORDER**

The Court reviewed Plaintiffs' voluntary motion to dismiss this action (ECF No. 460), Defendants' notice of consent to the motion to dismiss (ECF No. 461), and Defendants' unopposed motion to dissolve the injunction order that the Court entered on June 5, 2023 (ECF No. 462). The Court hereby GRANTS the motion to dismiss (ECF No. 460) and the motion to dissolve the injunction order (ECF No. 462). It is hereby ORDERED that the June 5, 2023 Injunction Order (ECF No. 318) is dissolved, effective immediately. Defendants are released from all obligations set forth in the Injunction Order, except that any outstanding unpaid charges by the Court's special master shall be paid as set forth in the Court's order relating to the injunction. This action is dismissed.

**IT IS SO ORDERED**, this 29th day of January, 2025.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA