IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| H & L FARMS, LLC; SHAUN HARRIS and AMIE HARRIS, | * |
| | * |
| Plaintiffs, | Case No. 4:21-CV-00134-CDL |
| v. | * |
| SILICON RANCH CORPORATION; SR LUMPKIN, LLC; INFRASTRUCTURE AND ENERGY ALTERNATIVES, INC; IEA CONSTRUCTORS, LLC; and WESTWOOD PROFESSIONAL SERVICES, INC., | * |
| | * |
| Defendants. | |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 29, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 29th day of January, 2025.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk